# Exhibit A

# Exhibit CC

| | |
|---|---|
| **From:** | Smith, Colby A. |
| **To:** | Howard, Courtney (USANJ) 2 |
| **Cc:** | Grippo, Nicholas (USANJ); Last, David (CRM); Rohlik, Philip; O"Neil, David A.; Simon, Jil |
| **Subject:** | RE: L&T - call [DF-AMER.FID1691432] |
| **Date:** | Tuesday, November 6, 2018 11:02:47 AM |

FIOA CONFIDENTIAL TREATMENT REQUESTED

Dear Courtney:

I am writing to follow up to our call on October 25, during which you asked L&T Construction to voluntarily produce a copy of Cognizant Technology Solutions Corp.'s ("CTS's"), or its Indian subsidiary's, application for the planning permit associated with the KITS project.

As part of its continued cooperation with the DOJ's inquiry, we and L&T Construction have undertaken a search for the application among L&T Construction's records. Unfortunately, we were unable to find a copy of the application for the planning permit. For your information, the search included the following steps:

- As we discussed when we spoke, we had thought the planning permit application would have turned up during the course of our prior productions, if a copy of the planning permit application had been in L&T Construction's custody and control. The planning permit itself was a key focus of prior inquiries and searches, including those responsive to your letter request dated December 8, 2017. As you know, our prior productions included more than 50,000 records encompassing roughly 171,000 pages. The planning permit itself was produced at Bates Number LT00004859-66. Nevertheless, as a double-check on our prior work, we and our co-counsel from Cyril Amarchand Mangaldas queried our database of documents using the following search terms and phrases:

    - "Planning Permit Application"
    - "PP Application"
    - "PPA"
    - "Form* A"
    - "Form* B"
    - "KITS Planning Permit"
    - "Application for planning permit"
    - "CMDA Planning Permit"

    We had identified these search phrases, including the references to Forms A and B, following online research into the process for seeking and obtaining a planning permit.

- Separately, L&T Construction made additional internal inquiries seeking copies of the planning permit application. Those inquiries did not yield a copy of the planning permit application.

- Finally, we would remind you, as we discussed on our October 25 call and in connection with prior productions, that some L&T Construction records from the KITS project were destroyed during an unprecedented flood in Chennai in December 2015. The planning permit application could have been among those records. In addition, we would note that the planning permit application is required to be submitted by the sponsor of the project – in this case CTS's Indian subsidiary – which has the legal responsibility to sign the application in order to obtain the planning permit. The planning permit itself was issued in the name of CTS's Indian subsidiary, which is listed as the applicant.

As always, please let me know if you have any further questions or would like to discuss this response.

Best regards,

Colby

**Debevoise & Plimpton**

**Colby A. Smith**
Partner
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

casmith@debevoise.com
+1 202 383 8095 (DC)
+1 212 909 6791 (NY)
+1 202 841 2972 (Mobile)

www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.

-----Original Message-----
From: Howard, Courtney (USANJ) 2 [mailto:Courtney.Howard@usdoj.gov]
Sent: Wednesday, October 24, 2018 8:42 AM
To: Smith, Colby A.
Cc: Grippo, Nicholas (USANJ); Last, David (CRM); Rohlik, Philip; O'Neil, David A.
Subject: Re: L&T - call

Great, let's plan on 10:30, as we are tied up earlier in the morning. Thanks.

Courtney A. Howard

Assistant United States Attorney
United States Attorney's Office
District of New Jersey
Tel:   973-645-2859<tel:973-645-2859>

courtney.howard@usdoj.gov<mailto:courtney.howard@usdoj.gov>

On Oct 22, 2018, at 8:57 PM, Smith, Colby A. <casmith@debevoise.com<mailto:casmith@debevoise.com>> wrote:

Courtney:

We could speak on Thursday, October 25, anytime between 830am and 1100am, if that works for you.

Thanks.

Colby

Colby A. Smith
Partner
Debevoise & Plimpton LLP

casmith@debevoise.com<mailto:casmith@debevoise.com>
+1 202 383 8095<tel:+1%20202%20383%208095> (DC)
+1 212 909 6791<tel:+1%20212%20909%206791> (NY)
+1 202 841 2972<tel:+1%20202%20841%202972> (Mobile)

www.debevoise.com<http://www.debevoise.com/>

_____
This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000<tel:202-383-8000>) and then delete and discard all copies of the e-mail. Thank you.

On Oct 22, 2018, at 7:32 PM, Howard, Courtney (USANJ) 2 <Courtney.Howard@usdoj.gov<mailto:Courtney.Howard@usdoj.gov>> wrote:

Colby,

Could we schedule a brief call in the next day or so?  We have a limited document request that we would like to discuss.

Thanks,

Courtney A. Howard
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
Tel: 973-645-2859

courtney.howard@usdoj.gov<mailto:courtney.howard@usdoj.gov>

DOJ-LT-LTR-00000083