

**RICARDO SOLANO JR.**
rsolano@fklaw.com
973.877.6421

October 15, 2021

**BY ECF**

The Honorable Kevin McNulty
United States District Judge
District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *USA v. Coburn et al.,* No. 19-cr-120-(KM)

Dear Judge McNulty:

  This firm represents Cognizant Technology Solutions Corporation ("Cognizant") in connection with Defendants Gordon J. Coburn's and Steven Schwartz's Subpoenas to Produce Documents, Information, or Objects in a Criminal Case served on Cognizant in this matter. We write to respectfully request that the Court withdraw Kevin Chambers, formerly of the law firm Latham & Watkins LLP, as counsel for Cognizant. Mr. Chambers' withdrawal will not impair Cognizant's representation since Cognizant continues to be represented by counsel at Friedman Kaplan Seiler & Adelman LLP.

  Thank you for your attention to this matter. For the Court's convenience, if this request meets with your approval, I have included a "So Ordered" signature line below.

        Respectfully submitted,

        s/ Ricardo Solano Jr.
        Ricardo Solano Jr.

cc: All Counsel via ECF

SO ORDERED:        DATED: October  , 2021

_____
Hon. Kevin McNulty, U.S.D.J.

One Gateway Center, 25th Floor, Newark, NJ 07102-5311   973.877.6400   fklaw.com
A Limited Liability Partnership Formed in the State of New York

3622288.1