**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN E. SCHWARTZ,<br><br>Defendants. | Hon. Kevin McNulty<br><br>Crim. No. 19-cr-120 (KM-MAH) |

**NOTICE OF OMNIBUS MOTIONS *IN LIMINE***

**PLEASE TAKE NOTICE** that, pursuant to the trial scheduling order (ECF No. 465), Defendant Gordon J. Coburn hereby moves before the Honorable Kevin McNulty, United States District Judge for the District of New Jersey, for entry of an Order granting Defendant Gordon J. Coburn's Omnibus Motions *in Limine* and the relief requested therein.

**PLEASE TAKE FURTHER NOTICE** that in support, Defendant Coburn shall rely on the accompanying Brief in Support of Defendant Gordon J. Coburn's Omnibus Motions *in Limine*, and the Declaration of James P. Loonam with accompanying exhibits, filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order and a certificate attesting to the date and manner of service are submitted herewith.

Dated: August 3, 2023                           Respectfully submitted,

/s/ *James P. Loonam*
Henry Klehm III
Harold B. Walther
James P. Loonam
Sarah D. Efronson
Abigael C. Bosch
JONES DAY
250 Vesey Street
New York, NY  10281
Tel. (212) 326-3939
Fax: (212) 755-7306

*Attorneys for Defendant Gordon J. Coburn*

2