# EXHIBIT 9

| | |
|---|---|
| **From:** | Schwartz, Steven (Cognizant) <sschwartz@cognizant.com> |
| **Sent:** | Friday, April 25, 2014 1:48 PM |
| **To:** | D'Souza, Francisco (Cognizant) <fdsouza@cognizant.com> |
| **Subject:** | Re: Fmr. Gov. Bill Richardson (D-NM) |

Thank you. It was a long day, but, in general, all went well.

Steven E. Schwartz
Executive Vice President
Chief Legal and Corporate Affairs Officer
Cognizant Technology Solutions
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
P – 201-678-2759
F – 201-801-0243

On Apr 24, 2014, at 11:15 PM, "D'Souza, Francisco (Cognizant)" <FDSouza@cognizant.com> wrote:

> Hope all went well today...
>
> Frank
>
>
> Francisco D'Souza
> Chief Executive Officer
> Cognizant
>
> www.cognizant.com
>
> ---
>
> **From:** Schwartz, Steven (Cognizant)
> **Sent:** Thursday, April 24, 2014 1:33 AM
> **To:** D'Souza, Francisco (Cognizant)
> **Subject:** Re: Fmr. Gov. Bill Richardson (D-NM)
>
> Thanks. I am fine. I have a basal cell carcinoma right below my eye. I have had it for awhile, but my doctor said I need to have it removed at this point. I wanted to get it done now so that it does not impact travel that I have to do in May to Texas and to Germany. I am having Mohs Surgery in the morning, which should take about three hours, and then I will be at the plastic surgeon for most of the afternoon. Should be a fun day!
>
> Steven E. Schwartz
> Executive Vice President
> Chief Legal and Corporate Affairs Officer
> Cognizant Technology Solutions
> Glenpointe Centre West
> 500 Frank W. Burr Blvd.
> Teaneck, New Jersey 07666
> P – 201-678-2759
> F – 201-801-0243
>
> On Apr 24, 2014, at 1:27 AM, "D'Souza, Francisco (Cognizant)" <FDSouza@cognizant.com> wrote:

No problem on talking on Friday or beyond.  Hope you are OK....

And of course fine to work from home next week.

Frank


Francisco D'Souza
Chief Executive Officer
Cognizant

www.cognizant.com

---

**From:** Schwartz, Steven (Cognizant)
**Sent:** Thursday, April 24, 2014 1:26 AM
**To:** D'Souza, Francisco (Cognizant)
**Subject:** Re: Fmr. Gov. Bill Richardson (D-NM)

Can we discuss on Friday? I am going to the City for a minor, but all-day surgery. I may be able to discuss tomorrow late afternoon or early evening, but, I am not sure of when I will get home.

On the note of the surgery, I will have a fair number of stitches on my face, and have been told that for a week to ten days I will look like I had been in a fight and lost. Accordingly, if ok with you, I will likely work from home all of next week.

Steven E. Schwartz
Executive Vice President
Chief Legal and Corporate Affairs Officer
Cognizant Technology Solutions
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
P – 201-678-2759
F – 201-801-0243

On Apr 24, 2014, at 1:16 AM, "D'Souza, Francisco (Cognizant)" <FDSouza@cognizant.com> wrote:

> Steven
>
> **Privileged**
>
> Frank
>
>
> Francisco D'Souza
> Chief Executive Officer
> Cognizant
>
> www.cognizant.com
>
> ---
>
> **From:** Childs, Stephanie (Cognizant)

**Sent:** Wednesday, April 23, 2014 1:32 PM
**To:** D'Souza, Francisco (Cognizant)
**Cc:** Schwartz, Steven (Cognizant)
**Subject:** Fmr. Gov. Bill Richardson (D-NM)

Frank,

Former New Mexico Governor Bill Richardson has agreed to join our third party organization, ACA, as its lead Democratic spokesperson and counterpart to Republican spokesperson Rosario Marin. Richardson has strong media relationships and is well known on the policy talk show circuit. As a prominent Hispanic leader and a former Energy Secretary under President Clinton, we believe he will add visibility and credibility to our cause. Although he has publicly supported the Senate comprehensive immigration bill (see http://www.lcsun-news.com/las_cruces-opinion/ci_24771993/gov-bill-richardson-and-eric-p-serna-can), that support is rooted in his belief in a pathway to citizenship for the undocumented and unrelated to the issues impacting us. (Rosario Marin is also a committed to finding a workable solution for the undocumented).

Over the last few months, we conducted extensive vetting of several candidates (memo attached), and we believe Richardson will bring the most value to our efforts. In a series of interviews with him in which we reviewed the restrictive provisions of S 744, Richardson has expressed his support for our position, which is consistent with his longstanding belief in the need for more high skilled workers in the US. Based on that, we do not believe that his support for a pathway to citizenship precludes his ability to be an effective spokesperson for us. Please let me know if you have any questions or concerns.


Best regards,

Stephanie Childs
Vice President, Global Public Policy
Cognizant Technology Solutions
300 New Jersey Avenue NW
Ninth Floor
Washington, DC 20001
Stephanie.childs@cognizant.com
(202) 465-8781 (office)
(202) 257-5144 (mobile)

<ACA Co-Chair Candidates.docx>