# EXHIBIT 15

This document was produced in native format