# EXHIBIT 16

| | |
|---|---|
| **From:** | Schwartz, Steven (Cognizant) <sschwartz@cognizant.com> |
| **Sent:** | Wednesday, April 23, 2014 7:33 PM |
| **To:** | Papera, Steven (Cognizant) <steven.papera@cognizant.com> |
| **Subject:** | Re: Mets - Cards |

Yep. Good game for my boys (Cards fans).

Steven E. Schwartz
Executive Vice President
Chief Legal and Corporate Affairs Officer
Cognizant Technology Solutions
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
P – 201-678-2759
F – 201-801-0243

On Apr 23, 2014, at 12:27 PM, "Papera, Steven (Cognizant)" <Steven.Papera@cognizant.com> wrote:

> Pretty sure I saw you featured on quite a bit of the SNY broadcast last night. That was you behind home plate, right?