# EXHIBIT 17

# DOCUMENT INFO

Comments:    DOCUMENT PROVIDED IN THE NATIVE FORMAT

# DOCUMENT INFO

STUBHUB-0000000006