# EXHIBIT 22

```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
_____

UNITED STATES OF AMERICA,           CRIMINAL ACTION NUMBER:

                                    2:19-cr-00120-KM
vs.
                                    Garrity Motion
GORDON J. COBURN and                Volume 2 Pages 267-421
STEVEN SCHWARTZ,

           Defendants.
_____
MARTIN LUTHER KING BUILDING & U.S. COURTHOUSE
50 Walnut Street, Newark, New Jersey  07101
April 19, 2023
Commencing at 9:00 a.m.
```

**B E F O R E:      THE HONORABLE KEVIN MCNULTY**
**                  UNITED STATES DISTRICT JUDGE**

A P P E A R A N C E S:

OFFICE OF THE UNITED STATES ATTORNEY
BY:  JONATHAN C. FAYER, ASSISTANT UNITED STATES ATTORNEY
970 Broad Street
Newark, New Jersey 07102

UNITED STATES DEPARTMENT OF JUSTICE
BY:  DAVID A. LAST, TRIAL ATTORNEY
     SONALI DINESH PATEL, TRIAL ATTORNEY
     GERALD MOODY JR., ESQUIRE
1400 New York Avenue, N.W.
Washington, DC  20530

JONES DAY®
BY: HENRY KLEHM, III, ESQUIRE
    JAMES PATRICK LOONAM, ESQUIRE
    ABIGAEL C. BOSCH, ESQUIRE
250 Vesey Street
New York, New York  10281
For the Defendant Gordon J. Coburn

Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.
          Rhéa C. Villanti, Official Court Reporter
                    RheaVillanti@Yahoo.com
                       (732)895-3403

                  United States District Court
                       Newark, New Jersey

```
 1   (Continuing)

 2   A P P E A R A N C E S:

 3

     KRIEGER KIM & LEWIN LLP
 4   BY:  NICHOLAS LEWIN, ESQUIRE
          OLEG M. SHIK, ESQUIRE
 5   500 Fifth Avenue, 34th Floor
     New York, New York  10110
 6   For the Defendant Gordon J. Coburn

 7   BOHRER PLLC
     BY:  JEREMY ISRAEL BOHRER, ESQUIRE
 8   One Pennsylvania Plaza, Suite 2520
     New York, New York  10119
 9   For the Defendant Steven Schwartz

10
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
11   BY:  ROBERTO FINZI, ESQUIRE
          JUSTIN D. LERER, ESQUIRE
12        KYLE SIEBER, ESQUIRE
     1285 Sixth Avenue
13   New York, New York  10019
     For the Defendant Steven Schwartz
14

15   GIBBONS, PC
     BY:  LAWRENCE S. LUSTBERG, ESQUIRE
16        JOHN D. HAGGERTY, ESQUIRE
          ANNE M. COLLART, ESQUIRE
17   One Gateway Center
     Newark, New Jersey  07102-5310
18   For the Defendant Steven Schwartz

19   ALSTON & BIRD LLP
     BY:  JENNY R. KRAMER, ESQUIRE
20        RACHEL FINKEL, ESQUIRE
          SCOTT O'BRIEN, ESQUIRE
21   90 Park Avenue
     New York, New York  10016
22   For Cognizant Technology Solutions Corporation

23

24

25
```

```
 1   (Continuing)

 2   A P P E A R A N C E S:

 3   FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
     BY: MALA AHUJA HARKER, ESQUIRE
 4       MICHAEL S. PALMIERI, ESQUIRE
     7 Times Square, 28th Floor
 5   New York, New York  10036
     For Cognizant Technology Solutions Corporation
 6
     **A L S O   P R E S E N T**:
 7   Gordon J. Coburn, Defendant
     Steven Schwartz, Defendant
 8   Jesse Stevenson, IT Assistant
     Cinthya Trochez, Paralegal
 9   Jaisha Zaman, Paralegal

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Q.   Yes, I do.  So if you look at the top of page 5, it says,
2  "DLA:  We do want an additional interview with him" --
3           Actually, let's go back just to put it in context.
4           If you look at the bottom of 4 -- I'm not going to
5  read it all; it will take too long -- this talks about how you
6  spoke to Mr. Schwartz, you asked him about his recollection of
7  a particular meeting, and he said he had no memory.  And
8  there's a discussion about how he was out -- how he had had
9  some surgery and so forth.  And there's a question about who
10 his lawyers were.  At the time there was a lawyer named Josh
11 Rievman, but it was transitioning to Reid Weingarten, and the
12 government asks what's his current status.
13          And you -- I don't know if it's you or somebody else
14 from DLA says, "He's on home leave, on paid leave.  His access
15 to things have been terminated."
16          Brackett Denniston says, "Our preferred course is for
17 him to resign or we'll terminate."
18          Do you see that?
19 A.   I do.
20 Q.   And this is on October 6th?
21          Do you remember this from the interview?
22 A.   I don't.
23 Q.   From the meeting?
24          Okay.  So how about this part?  At the top of the
25 next page it says, "DLA:  We do want a additional interview

1   with him and have asked for medical records for this alibi."
2           Do you remember discussion of that?
3   A.   I do.
4   Q.   And what was that discussion with the government?
5   A.   I remember telling the government that during the course
6   of the second interview of Mr. Schwartz, we showed him his
7   notes, he claimed to have no memory of the entire week.  And I
8   think it was at that time either we asked Mr. Rievman for the
9   notes or -- sorry -- for his medical records or Reid Weingarten
10  volunteered to gather them for us because he wanted to show the
11  company that there was merit to the claim, and I think he
12  actually did produce some medical records.
13          So I remember telling -- yeah, I remember during that
14  meeting telling the government that, again, the company was
15  trying to pursue that additional information because, you know,
16  at the end of it we wanted to keep an open mind as to
17  Mr. Schwartz's claim of amnesia.
18  Q.   So you somehow, whether it was from Mr. Weingarten or
19  otherwise, obtained his medical records, correct?
20  A.   I think there was a meeting with Mr. Weingarten in late
21  October at his request where he raised a number of issues about
22  effective, like, defenses that Mr. Schwartz had -- had raised,
23  including that issue around the amnesia, and Mr. Weingarten
24  subsequently gave us medical records.  So correct.
25  Q.   And did you turn those medical records over to the