# EXHIBIT 24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Interim Update from Internal Review of CTS Projects

Presentation on Behalf of L&T Construction to the U.S. Department of Justice

**Debevoise & Plimpton LLP**
   **Colby A. Smith, Philip Rohlik, Saqib Alam, Alice N. Barrett**

**Cyril Amarchand Mangaldas**
   **L. Viswanathan**

**July 27, 2017**

**CORRECTED - AUGUST 4, 2017**





LT00005782

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Agenda

- L&T Construction Background

- Scope and Methodology of Review

- Update on Status of Review of Priority Projects
    - KITS, Sholinganallur
    - Pune Phases 1, 1A, 2, 2A and Co-Developer
    - Hyderabad Incubation and ISC

- Next Steps and Ongoing Cooperation





**2**

LT00005783

# L&T Construction Background





**3**

LT00005784

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Larsen & Toubro Ltd

- Larsen & Toubro Ltd (or "L&T Group")
  - International Conglomerate based in Mumbai
  - Founded 75 years ago by Danish engineers who had become stranded in India at the outbreak of World War II
  - One of the largest professionally managed firms in India
    » 43,354 employees
  - Conducts business through 14 business units
    » Six business units compose L&T Construction or LNTECC
      * Largest part of L&T Group
      * A leading EPC contractor in India and the Middle East





**4**

LT00005785

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC

- Six businesses within LNTECC
  - Buildings & Factories
  - Power Transmission & Distribution
  - Water & Effluent Treatment
  - Smart World & Communication
  - Heavy Civil Infrastructure
  - Transportation Infrastructure





**5**

LT00005786

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC



**6**

LT00005787

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC



LT00005788

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Awards and Achievements

- **2014 & 2011 Golden Peacock Award for Excellence in Corporate governance —** awarded by Institute of Directors (IoD), a non-profit apex association of directors

- **2013 Economic Times Good Corporate Citizen Award —** presented by ET - India's largest selling business newspaper
  - Over 700,000 people among the marginalized sections of the society have been beneficiaries of L&T's ongoing interventions in education, skill building, and mother and child care

- **2014-2016 — Dun & Bradstreet Corporate Award —** Top Indian company in construction – infrastructure development





**8**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Focus on India

- LNTECC employee roster dominated by India

| Domestic / International | Country | No.of Staff |
|---|---|---|
| Domestic | INDIA | 25,630 |
| Overseas | AFRICA | 16 |
| | ALGERIA | 18 |
| | BAHRAIN | 1 |
| | BOTSWANA | 1 |
| | CHINA | 2 |
| | EAST MALAYSIA | 15 |
| | ETHIOPIA | 14 |
| | KENYA | 31 |
| | KUWAIT | 48 |
| | MALAWI | 29 |
| | OMAN | 611 |
| | QATAR | 938 |
| | SAUDI | 781 |
| | SRILANKA | 45 |
| | THAILAND | 13 |
| | UAE | 680 |
| | USA | 0 |
| | WEST MALAYSIA | 20 |
| Overseas Total | | 3,247 |
| Overseas Percentage | | 11.24% |
| Grand Total | | 28,893 |

Debevoise
&Plimpton

**9**

LT00005790

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Focus on India

- Listed only on Indian stock exchanges

- Financial reporting only in Indian Rupees ("INR")

- Indian Numbering System:
    - 1 Lakh = INR 1,00,000 (one hundred thousand) = roughly US$ 1,550
    - 1 Crore = INR 1,00,00,000 (ten million) = roughly US$ 155,000

- Historic exchange rates (oanda.com):

| YEAR | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| USD 1 | INR 58.5 | INR 61.0 | INR 64.1 | INR 67.2 |
| INR 1 Lakh | USD 1,709 | USD 1,639 | USD 1,560 | USD 1,488 |
| INR 1 Crore | USD 170,940 | USD 163,934 | USD 156,006 | USD 148,810 |

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**10**

LT00005791

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Focus on India

- LNTECC revenue (in INR Cr.):

| LNTECC Sales summary | FY 14 | FY 15 | FY 16 |
|---|---|---|---|
| Total Customer Sales | 34,548 | 40,161 | 41,791 |
| India Sales | 29,242 | 32,599 | 34,695 |
| %age India Sales | 85% | 81% | 83% |
| Sales Other locations | 5,306 | 7,562 | 7,096 |
| %age other locations | 15% | 19% | 17% |
| Sales in US | Ø | Ø | Ø |
| %age US | Ø | Ø | Ø |

- LNTECC revenue from CTS, earned in India

|  | FY 14 | FY 15 | FY 16 |
|---|---|---|---|
| Sales Value in INR Crs. | 678 | 254 | 21 |
| Sales % vs Other Business | 1.96% | 0.63% | 0.05% |





**11**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Relationship with CTS

- Cognizant Technology Solutions India Private Ltd ("CTS") works with IT & Office Space unit within Buildings & Factories

- All contracts are with CTS and denominated in Indian Rupees



**12**

LT00005793

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Relationship with CTS

- LNTECC and CTS have worked together since 2006 on 13 projects
    - 9 projects completed
    - 1 project pre-closed
    - 3 projects on hold
- All projects = design/build contracts
    - LNTECC completes project based upon CTS specifications and for a predetermined price
    - No role in land acquisition
- CTS is one of few customers that requires LNTECC to help with statutory approvals

| | | PROJECT DETAILS | | |
|---|---|---|---|---|
| S.No | Project | Status | Project Period | Contract Agreement |
| 1 | MEPZ  Ph1 | Completed | 2006 to 2011 | Mar-07 |
| 2 | MEPZ Ph2 | Completed | 2007 to 2012 | Dec-07 |
| 3 | Bantala Ph1 | Completed | 2007 to 2010 | Jan-08 |
| 4 | Bantala  Ph2 | Completed | 2011 to 2014 | Apr-13 |
| 5 | Siruseri | Completed | 2010 to 2013 | Jun'11 |
| 6 | Pune Ph1 | Completed | 2011 to 2014 | Dec'13 |
| 7 | Pune Ph1A | Completed | 2012 to 2014 | Feb-13 |
| 8 | KITS | Completed | 2011 to 2016 | Aug-12 |
| 9 | KOCHI | Completed | 2012 to 2016 | Feb-13 |
| 10 | HYD Incubation | Preclosed | 2013 to 2015 | LOA-Oct'13 |
| 11 | HYD ISC | Ongoing | 2016 to | LOA- Oct'15 |
| 12 | Pune Ph2 | LOI Received | 2016 to | LOA-June'16 |
| 13 | Pune- Codeveloper | LOI Received | 2016 to | LOA-June'16 |
| | | | | |
| | | | | |
| | | | | |





**13**

LT00005794

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# LNTECC Relationship with CTS

- Design-build contracts performed on a "lumpsum" basis
  - FIDIC conditions
  - Monthly payments effected on the percentage achievement of enumerated activities by way of Running Account Bills (RABs)

- Parties agree to scope of work and enumerated activities
  - Each activity assigned percentage weightage of lumpsum cost by agreement
  - Activities **<u>NOT</u>** billed on a cost or cost-plus basis

- Work outside agreed scope billed by way of variation or extra claim





**14**

LT00005795

# Scope and Methodology of Review





**15**

LT00005796

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# DOJ Contacts and Decision to Conduct Review

- October 5, 2016 – DOJ issues Formal Request for Preservation of Records to L&T Infotech in Edison, New Jersey
  - L&T Infotech is a separately listed company
  - We understand delivery was made on October 13, 2016
  - On or about October 18, 2016, preservation request sent to LNTECC in Chennai, India

- LNTECC contacted Cyril Amarchand Mangaldas ("CAM") and begins working with Debevoise one week later

- October 31, 2016 – Debevoise advises DOJ that LNTECC will voluntarily comply with preservation notice

- February 23, 2017 – Debevoise advises DOJ that LNTECC will voluntarily undertake internal review

- June 22, 2017 – First voluntary production by LNTECC

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**16**

LT00005797

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Data Preservation

- First data preservation notice sent to 28 custodians the day after Debevoise was contacted
  - Additional preservation notices sent to a total of 69 custodians on a rolling basis

- As of today, a total of 29 hard drives were imaged
  - Data includes senior leadership of LNTECC, supervisory heads of Buildings & Factories (responsible for CTS projects) and individual project teams

- 88 back-up tapes restored for 12 key custodians

- A total of 485.3 GB of mail files and user files uploaded after filtering for Cognizant or CTS references and within 1997 – 2016 date range
  - A total of 1,220,750 documents loaded into database





**17**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Scope of Review and Supervision

- Internal review jointly conducted by Debevoise and CAM

- Focus of review on relationship with CTS and related projects
  - Focus informed by CTS disclosures and related publicity and by DOJ document preservation request
  - Full access to LNTECC employees

- First-level document review carried out by CAM
  - CAM reviewers trained by Debevoise

- Second-level review and QC carried out jointly by Debevoise and senior CAM lawyers

- Current employees readily made available for interviews

- Forensic accounting work stream fully supported by finance team





**18**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Priority Projects

- Initial focus on most recent projects
  - Hyderabad Incubation and ISC
    - » Desire to facilitate project restart, completion and payment
  - Pune Phases 1, 1A, 2, 2A and Co-Developer
    - » Spanning 2011-2016
    - » Mumbai region
  - KITS, Sholinganallur
    - » Spanning 2012-2015
    - » Chennai region
  - Kochi project also added to early review
- Other projects subject to later review





**19**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Focus on Statutory Approvals/Variation Claims

- Initial interviews used to assess project risks
  - Many aspects of project present lower FCPA corruption risk
    - » Subcontractors supplying material, equipment and manpower
    - » Relative lack of government involvement in activities

- High corruption risk when dealing with government officials in India
  - Apart from land acquisition, statutorily-required government approvals appear to present highest risk of corrupt demands
    - » Ability of government officials to stop or delay projects
    - » Frequent low value of demands increase temptation to pay small amounts to allow large projects to proceed
  - Use of third party consultants for statutory approvals, lack of LNTECC experience in area increase potential risks

- Variation/extra claims identified after scoping interviews

**Debevoise**
**&Plimpton**

cyril amarchand mangaldas
advocates & solicitors

**20**

LT00005801

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Work to Date

- Document review:
  - 104,278 documents identified for review using search strings
    - » 346 search strings used, including project names, consultant names, suggestive language, official titles, etc.
  - 9,231 documents identified for review at second level
  - Additional review of unfiltered data

- Interviews of 32 individuals and consultants:
  - 6 scoping interviews conducted first week of January 2017
  - 23 formal interviews April 24 – May 5, 2017
    - » Including 4 consultants
  - 15 formal interviews July 17 – 21, 2017

- Forensic accounting work to identify questionable money flows

Debevoise
&Plimpton



**21**

LT00005802

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Challenges/Limitations

- LNTECC unfamiliar with DOJ investigations
  - No former involvement with DOJ or U.S. style investigations
  - Educating client and witnesses has taken time

- Company email boxes limited to 1GB
  - Thereafter storage takes place on local machines, if at all
  - Monthly snapshots in backup tapes yield relatively little new information given the 1GB limit

- Unavailability of some consultants

- Unavailability of some former employees





**22**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Challenges/Limitations

- Major flood at KITS Project document location and LNTECC following December 2015 monsoon



KITS document storage location

**Debevoise**
**&Plimpton**

cyril amarchand mangaldas
advocates & solicitors

**23**

LT00005804

# Update on Status of Review of Priority Projects

# KITS, Sholinganallur





**24**

LT00005805

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project



- KITS, sometimes referred to as CKC by CTS or as Sholinganallur, is an office campus in Chennai, Tamil Nadu, housing 17,500 people

- Original Letter of Acceptance dated November 5, 2011, following an April 12, 2011 Request for Proposal and tender process

- Original construction contract dated August 27, 2012
    - Project value set at INR 925.39 Cr. or roughly US$140 million
    - Work commenced November 7, 2011; occupancy February 10, 2015

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**25**

LT00005806

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Statutory Approvals





- "2. Scope of Work" included "12. All related statutory approvals"
  - "Contractor will coordinate with Cognizant and obtain the same"
- Scope further specified in Annex listing "Licenses/Statutory Approvals" to be obtained
- No FCPA or anti-corruption clause in contract

Debevoise
&Plimpton

**26**

LT00005807

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Statutory Approvals

- Plan for statutory approvals
  - As owner, CTS required to obtain statutory approvals
  - Per contract, CTS responsible for applicable fees, but LNTECC "shall liaise and co-ordinate with Cognizant for obtaining the required approvals"
  - Statutory approvals plan weightage = 0.75% of contract price or  INR 6.9 Cr.



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A.1.3 | Release of GFC Drawings to site | 1.300% | 120,300,700 | 0.065% | 5.000% | 6015035 | 0.039% | 3.000% | 3,609,021 | 0.104% | 8.000% | 9,624,056 |
| | Subtotal - Design & Engineering | 2.500% | 231,347,500 | 0.335% | | 31000565 | 0.117% | | 10,827,063 | 0.452% | | 41,827,628 |
| A.2 | Statutory Approval | | | | | | | | | | | |
| A.2.1 | Co-ordination with Employer in submission of all relevant documentation to the Concerned statutory authorities. | 0.350% | 32,388,650 | 0.018% | 5.000% | 1619433 | | | | 0.018% | 5.000% | 1,619,433 |
| A.2.2 | Co-ordination with Employer and Obtaining statutory approvals. | 0.400% | 37,015,600 | 0.012% | 3.000% | 1110468 | | | | 0.012% | 3.000% | 1,110,468 |
| | Subtotal - Statutory Approval | 0.750% | 69,404,250 | 0.030% | | 2729901 | 0.000% | | - | 0.030% | | 2,729,901 |
| A.3 | Site wide Preliminaries & General Requirements | | | | | | | | | | | |

Debevoise
& Plimpton

cyril amarchand mangaldas
advocates & solicitors

27

LT00005808

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Statutory Approvals

- Ensys Technologies engaged to obtain environmental approvals

- To date no other outside consultants identified in connection with KITS statutory approvals process





**28**

LT00005809

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project: Ensys Technologies

- <u>LOI</u> signed December 17, 2011

- <u>Scope of Work</u>:
    - "Environmental Consultancy – MOEF [SEIAA – Chennai] Clearance & TNPCB Consent to Establish & Green Certification"
    - Design Stage: "to prepare a Program Brief for the Master Planners and to provide support during the Master Planning process."
    - Pre-Construction Stage:  "to provide assistance to get 'Environmental Clearance under the EIA notification of 2006 of the SEZ."

- <u>Contract Value</u>:  INR 11,00,000 (11 Lakhs)





**29**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project: Ensys Technologies

- Terms of Payment:
  - EIA Clearance:  INR 7,00,000
    - » 60% on submission and acceptance of documents at MoEF – GOI – New Delhi
    - » 30% on completion of presentation with MoEF
    - » 10% on securing EC from MoEF
  - TNPCB Clearance:  INR 4,00,000
    - » 90% on submission of documents to TNPCB
    - » 10% on securing Consent from TNPCB
- Actual payments made later than required by contract





**30**

LT00005811

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project: Ensys Technologies

- <u>Actual Payments:</u> INR 19,64,185.20 (19.6 Lakhs)

- <u>Invoice Descriptions include</u>:
    - "Environmental Consultancy Services regarding MoEF"
    - "Environmental Consultancy Services securing Environmental Clearance from SEIAA"
    - "Environmental Monitoring & Compliance Report"

- <u>Permits Obtained</u>:  Environmental Clearance; others unknown

- <u>Due Diligence</u>:  No indication of any due diligence, but work on prior non-CTS project





**31**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Ensys Technologies

- TNPCB clearance later removed from scope of work due to "high cost of liaisoning"
    - Obtained using internal resources
    - No amendments to Ensys LOI to reflect change in scope
- A cash payment of INR 5 Lakhs (approx US$ 7,500) appears to have been paid to Ensys as a "liaisoning fee" because of the "urgent requirements towards securing EC"

Debevoise
&Plimpton



cyril amarchand mangaldas
advocates & solicitors

**32**

LT00005813

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Ensys Technologies

**Payment Status Ensys As of 20th Nov'13**

| Item description | Work order no. | Ensys | | Payable (Rs.) | Paid till date (19 Nov'13) (Rs.) | Balance to be paid(Rs.) | Remarks |
|---|---|---|---|---|---|---|---|
| | | Rate(Rs.) | Amount(Rs.) | | | | |
| *Earlier finalized order:* | ESS99WOD2000138 | | | | | | |
| Environmental clearance & TNPCB consent & Green certification for CTS Sholinganalur | | | | | | | |
| EIA CLEARANCE | | 7,00,000 | 7,00,000 | 7,00,000 | 7,00,000 | - | |
| TNPCB CLEARANCE | | 4,00,000 | 4,00,000 | | 4,00,000 | - | |
| *Amendment Order:* | | | | | | | |
| Additional amount for 2 tier clearance | | 5,75,000 | 5,75,000 | 5,75,000 | 5,00,250 | 74,750 | |
| Total Amount | | 1,675,000 | 1,675,000 | 1,275,000 | 1,600,250 | 74,750 | |
| Liasoning Fee | | - | - | 5,00,000 | - | - | Cash payment of Rs.5 Lacs to Ensys is processed through TNPCB item of work based on the urgent requirements towards securing EC. |
| Total | | 1,675,000 | 1,675,000 | 1,775,000 | 1,600,250 | 1,74,750 | |

Note: Liasoning fee is paid through work order due to urgency towards securing EC & this is debited appropriately from the balance amounts payable to Ensys

- 5 Lakh payment funded through TNPCB item (even though removed from scope) paid to Ensys by way of a work order

Debevoise & Plimpton

cyril amarchand mangaldas
advocates & solicitors

**33**

LT00005814

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Internally Handled Approvals – Nagasubramanian

- LNTECC employee functioning as internal consultant
    - Routinely assisted with statutory approvals in Tamil Nadu
    - Originally hired as Accounts Supervisor in May 2008
    - Retained for Executive Administration in February 2010
    - Promoted to Assistant Manager-Administration in January 2012

- Internal expert on local rules, person responsible for doing leg work with government offices

- Basic Salary:  Initially offered INR 11,700 (~US$ 182) per month in 2008; earning INR 20,400 (~US$ 317) per month as of 2016

- Signed Code of Conduct from 2014





**34**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- Planning permit is mandatory government approval indicating that the development conforms with the land use requirements of the local area
  - Construction undertaken prior to obtaining approval may have to be demolished or changed
  - Planning Permit is pre-requisite to getting Occupancy Certificate
- Planning permit must be obtained form Chennai Metropolitan Development Authority ("CMDA")– part of the Tamil Nadu Ministry for Housing and Urban Development
- February 7, 2013 – Application for planning permit submitted in CTS's name

**Debevoise**
**&Plimpton**



**35**

LT00005816

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- November 27, 2013 – Meeting between CTS and LNTECC at which expediting process for obtaining planning permit is discussed
    - LNTECC asked to determine tentative cost of scrutiny fee associated with planning permit



**ABSTRACT**

...ules – Rules under section 113-C of the Tamil Nadu Town and Country ...anning Act, 1971 for Assessment and Collection of Amount for ...emption of Buildings, 2017 – Notification – Issued.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**HOUSING AND URBAN DEVELOPMENT [UD4(3)] DEPARTMENT**

.O.(Ms).No.110                           Dated:22.06.2017

ஹேவிளம்பி வருடம், ஆனித் திங்கள் 8,
திருவள்ளுவர் ஆண்டு 2048

...RDER:

The appended Notification shall be published in the Tamil Nadu ...overnment Gazette Extraordinary dated the 22nd June, 2017.

(BY ORDER OF THE GOVERNOR)

**DHARMENDRA PRATAP YADAV
SECRETARY TO GOVERNMENT.**

**Routine Charges**

iv)  OSR charges to be levied as prescribed in this Scheme, adopting Guideline Value.

v)  Scrutiny fee to be charged as prescribed in this Scheme.

vi)  Normal Infrastructure and Amenities charges, Development Charges and other routine charges at current rates as applicable to be charged.

vii)  Scrutiny Fee: Rs.1 per sq. ft. for ordinary buildings and Rs.2 per sq.ft. for buildings other than ordinary buildings to be paid as scrutiny fee along with the application.

DHARMENDRA PRATAP YADAV
SECRETARY TO GOVERNMENT.

//True Copy//



Section Officer. 22|6|17







**36**

LT00005817

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- December 4, 2013 – At periodic Management Review Meeting, CTS emphasizes that "[p]lanning permit process should be expedited" and LNTECC "informed that action already being taken up appropriately"

- December 10, 2013 – Reference to a meeting between LNTECC and "the Ministry" in an email exchange related to the planning permit
    - LNTECC responds that it is "closely working on" meeting with the Ministry and also awaiting a government order on CMDA development charges

- December 17, 2013 – LNTECC informs CTS that minister has had a "road accident" and cannot meet immediately

**Debevoise**
**&Plimpton**



**37**

LT00005818

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- January 17, 2014 – CTS and LNTECC hold a meeting to discuss planning permit and LNTECC suggests that CTS hold a meeting with the Chief Minister of Tamil Nadu to obtain KITS approvals

- January 20, 2014 – CTS responds:



**From:** <Ganesh.P@cognizant.com>
**Date:** January 20, 2014 11:47:37 AM GMT+05:30
**To:** <vramesh@lntecc.com>
**Cc:** <Srimanikandan.Ramamoorthy@cognizant.com>
**Subject: Discussions we had last Fri in connection with KITS approvals**

Hello Ramesh,

Refer our discussions last Friday on your request of our senior leadership meeting the Chief Minister of the state for KITS approvals, I took it up and consulted with our senior people on the same, the conclusion was to let L&T perform their scope of work on compliance related issues specific to any of our construction projects, therefore you may please plan on your further course of action and proceed accordingly.

Regards,

P.Ganesh

**38**

LT00005819

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit



| | |
|---|---|
| **From:** | **S.N.Subrahmanyan <sns@lntecc.com>** |
| **Sent:** | **Monday, January 20, 2014 2:59 AM** |
| **To:** | **Ramesh Vadivelu <vramesh@lntecc.com>; Ramesh Vadivelu <vramesh@lntmailorg.com>** |
| **Cc:** | **K.Kannan <kkannan@lntecc.com>; K.Kannan <kkannan@lntmailorg.com>** |
| **Subject:** | **Re: Discussions we had last Fri in connection with KITS approvals** |

Dear Ramesh ,

We have.

It is now an issue with them.

Put the onus on them.

Tell them , I , will write to them otherwise.

Regards
SNS





**39**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- January 20, 2014 – Draft letter prepared for possible use by LNTECC



**40**

LT00005821

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- February 25, 2014:



| | |
|---|---|
| From: | Ramesh Vadivelu<vramesh@lntmailorg.com |
| Sent: | Tuesday, February 25, 2014 10:02 AM |
| To: | M.V.Satish<mvs@lntmailorg.com |
| Cc: | K.Kannan<kkannan@lntmailorg.com |
| Subject: | Re: KITS - MOM for the statutory meeting Held on 27th Nov 13 |

Sir,

Client is holding our last two month running bills on account of this.

Regards.

VRH

Sent from my iPad

On Feb 25, 2014, at 8:23 PM,"Ramesh Vadivelu" <vramesh@lntecc.com> wrote:

Sir,

We need your help to convince SNS sir on top priority, otherwise we are moving towards deadlock situation with our longterm partner.

regards.

VRH





**41**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit



**From:** S.N.Subrahmanyan
**Sent:** Thursday, March 06, 2014 7:19 AM
**To:** M.V.Satish
**Cc:** K.Jagannathan
**Subject:** Re: CTS-Contract

Dear MVS ,

██████████ it is only an impression that we are responsible.

They need to pay bit is very clear.

We only have an obligation.

We just cannot.

Regards
Sns
Sent from my iPhone
On 06-Mar-2014, at 6:19 AM, "M.V.Satish" <mvs@lntecc.com> wrote:

> Dear SNS,
> Do we rethink on our views for getting the OC,
>
>
> Regards
> M V Satish
> Sent from my iPad
> Begin forwarded message:





**42**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit



It is pertinent to note that Clause 1.13 stood amended by COPA and the relevant portion of the clause with amendment is reproduced below.

1.13

The Contractor shall, in performing the contract, comply with applicable laws *governing the country of operation of the works ie. Republic of India and the Contract.* Unless otherwise stated in the Particular Conditions;

*Cognizant shall pay all the statutory deposits/payment/levies, for obtaining Environmental clearance, land use conversion if any related to required approvals, permits, licences, registration any other statutory clearances. The Contractor shall liase and co-ordinate with Cognizant for obtaining the required approvals in Coginzant's name.*

( Reference: the COPA amendment is shown in italics and the rest of it is FIDIC GCC)

Debevoise
& Plimpton

cyril amarchand mangaldas
advocates & solicitors

43

LT00005824

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit



The contract also provides for indemnification by Employer to Contractor from the consequences of Employer's failure . Without prejudice, we state that CTS should effect the payments directly without L&T's involvement and any assistance/help required for this will be limited to the extent of identifying an Agency and recommending to CTS.

Trust you will appreciate the above position under the contract and desist from making any unreasonable demand.

**44**

LT00005825

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- March 11, 2014 – CTS emails LNTECC about delayed occupancy absent planning permit and resulting "huge revenue loss"

- March 12, 2014 – Telephone meeting is held among CTS and LNTECC Construction personnel to discuss "General Review of Ongoing Contracts"

- March 13, 2014 – LNTECC responds to CTS:

| From: | Ramesh Vadivelu <vramesh@lntmailorg.com> |
|---|---|
| Sent: | Thursday, March 13, 2014 6:05 AM |
| To: | 'Venkatesan.N2@cognizant.com'; T.Nanda Kumar <tnkumar@lntmailorg.com> |
| Cc: | K.Kannan <kkannan@lntmailorg.com>; Ganesh.P@cognizant.com; SaravanaKumar.S4@cognizant.com; Nagasubramanian Gopalakrishnan <gns@lntmailorg.com> Athappan Lakshmanan <atl@lntmailorg.com>; Venugopal.G2@cognizant.com |
| Subject: | RE: KITS - MOM for the statutory meeting Held on 27th Nov 13 |

Dear Venkatesan,

We do understand your concern.
Discussions between top management of Cognizant and L&T are being held almost on day to day basis.
We shall update once the principle decision is arrived.

Regards

V.Ramesh





**45**

LT00005826

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- April 7-15, 2014 – Discussions between LNTECC and CTS regarding planned Academy building at KITS

| | |
|---|---|
| **From:** | Ramesh Vadivelu <vramesh@lntmailorg.com> |
| **Sent:** | Monday, April 7, 2014 6:23 AM |
| **To:** | Biswajit.Ghosh@cognizant.com |
| **Bcc:** | K.Kannan <kkannan@lntmailorg.com> |
| **Subject:** | Draft Proposal from L&T |

Sir,

As discussed, our draft proposal is as under.

1. Academy abuilding add on value say Rs. 50 crs; warm shell value is Rs. 30.00 crs and total interior value is Rs. 20.00 crs.
2. For interior works L&T shall identify a contractor "YYY", who shall undertake the complete installation including supply of misc. materials and his value would be around Rs.12.00 crs.
3. L&T shall supply all the materials including furniture... except misc. material to the contractor "YYY" to complete the Interior works in all respects.
4. Cognizant shall place the order on "YYY" for Rs.12.00 crs and pay on certification from L&T.
5. Cognizant shall deduct Rs. 12.00 crs from L&T's total add on value of Rs.50.00 crs.

Pl. revert .

Regards
V.Ramesh

- Academy building not built (foundation in place)
    - No evidence proposal was ever implemented

**Debevoise
&Plimpton**



**46**

LT00005827

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- May 17, 2014 – CTS continues to withhold payments, now totaling 108.5 Cr.



- Imposing significant hardship on LNTECC



**47**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- June 30, 2014 – Government Order for issuance of planning permit
  - LNTECC: "Nobody should know…L&T has got this G.O."
  - G.O. instructs CMDA Member-Secretary to take further steps to issue planning permit



Debevoise & Plimpton

**48**

LT00005829

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- June 28, 2014: Mugalivakkam building collapse, Chennai



**49**

LT00005830

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- July 23, 2014 – LNTECC again emails seeking payment from CTS:

> **From:** <Srimanikandan.Ramamoorthy@cognizant.com>
> Date: 23 July 2014 18:43:35 IST
> **To:** <sns@lntecc.com>
> **Subject: RE: Outstanding Payment - CTS Projects**
>
> Sns,
>
> Thanks for reaching out to me. I'm very much interested in maintaining the same reputation.
>
> I'm personally working on payment concerns of L&T. Please be assured of my attention.
>
> When you have some time, please call me I'll explain what I'm going thru on this.
>
> Thanks and regards,
> Mani.
>
> ---
>
> **From:** S.N.Subrahmanyan [mailto:sns@lntecc.com]
> **Sent:** Wednesday, July 23, 2014 6:41 PM
> **To:** Ramamoorthy, Srimanikandan (Cognizant)
> **Subject:** Outstanding Payment - CTS Projects
>
> **Dear Mani,**
>
> **One client with whom we never used to bother about payment was Cognizant.**
>
> **The following :**
>
> **In Cognizant, Sholinganallur inspite of the various details known to you and the fact that both of us had difficulty in getting the planning permit, Cognizant had held up payments for various reasons. We never spoke to you on that, though there were red-alerts within our systems from monitoring point of view. Even as of date, I find KITS Sholinganallur April, May & June Bills amounting to Rs.47 Cr, Kochi June bill of Rs.8 Cr and Bantala variation orders of Rs.10 Cr are kept pending. This has never happened to us with Cognizant. We had a relationship for more than 15 years and now find this.**
>
> **Kindly do look into it and if you can clear the same, would be helpful.**
>
> **Thanks & Regards,**
>
> **SNS**

Debevoise
&Plimpton



**50**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Planning Permit

- November 4, 2014 – Planning Permit awarded by CMDA
  - First approval of a planning permit by CMDA "after Mugalivakkam incident" (2014 building collapse killing 61)



From: Ganesh.P@cognizant.com [mailto:Ganesh.P@cognizant.com]
Sent: Tuesday, November 04, 2014 12:07 PM
To: Ramesh Vadivelu; Srimanikandan.Ramamoorthy@cognizant.com; Biswajit.Ghosh@cognizant.com
Subject: RE: KITS- Planning Permit

Terrific news, thank you and the entire L&T team for finally making this happen with all the constraints we are facing with the current Government. Please convey our sincere thanks to Mr. SNS as well.

Regards,
P.Ganesh

- February 10, 2015 – Formal inauguration of KITS campus
  - Ceremony attended by CTS and LNTECC teams


Debevoise & Plimpton


cyril amarchand mangaldas
advocates & solicitors

**51**

LT00005832

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- Design-build contract requires EPC contractor to design and complete a building or campus to specifications set forth by owner
  - Contract calls for payment of agreed-upon fixed fee
  - EPC contractor is responsible for all in-scope costs associated with project, regardless of whether costs are below or above agreed fee

- Owner changes in specifications or scope of work can give rise to claims by EPC contractor for variation or extra work claims
  - Normal process is for EPC contractor to apply for variation claims based upon changes in the work
  - Owner evaluates application – allows some claims, rejects others
  - Resolution takes form of negotiated contract amendment





**52**

LT00005833

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims



| | |
|---|---|
| **From:** | Ramesh Vadivelu <vramesh@lntecc.com> |
| **Sent:** | Saturday, June 21, 2014 12:27 AM |
| **To:** | Athappan Lakshmanan <atl@lntecc.com>; Balamurugan Nagarajan <Nbm@lntecc.com>; Athappan Lakshmanan <atl@lntmailorg.com>; Balamurugan Nagarajan <nbm@lntmailorg.com> |
| **Cc:** | T.Nanda Kumar <tnkumar@lntecc.com>; Nakkiran <nakkiran@lntecc.com>; Sthaladipti Saha <sds@lntecc.com>; K.K Karthikeyan <kkarthik@lntecc.com>; T.Nanda Kumar <tnkumar@lntmailorg.com>; Nakkiran <nakkiran@lntmailorg.com>; Sthaladipti Saha <sds@lntmailorg.com>; K.K Karthikeyan <kkarthik@lntmailorg.com> |
| **Subject:** | RE: Cognizant-KITS-CCN-0009 OAT revision |

Pl. call EDRC team, discuss and summarise the activities from initial days.

The rule is the claim/variation should be 3 times of your amount.

Regards

VRh

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**53**

LT00005834

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- **July 2, 2014** – LNTECC sends to CTS first draft of variation claims for KITS project totaling INR 68.86 Cr.
    - Nothing specifically related to statutory approvals included in claim





**54**

LT00005835

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- August 6, 2014 – First reference to extra claim for Statutory Approval for KITS Project, in initial amount of INR 22.6 Cr.:

| From: | Balaji S <BALAJISK@lntecc.com> |
|---|---|
| Sent: | Wednesday, August 6, 2014 5:56 AM |
| To: | Dhinesh Nagraj <ndhinesh@lntecc.com>; Dhinesh Nagraj <ndhinesh903@lntmailorg.com> |
| Cc: | Athappan Lakshmanan <atl@lntecc.com>; Rekha Sudarsan <rekha@lntecc.com>; Athappan Lakshmanan <atl@lntmailorg.com>; Rekha Sudarsan <rekha9c8@lntmailorg.com> |
| Subject: | Cognizant KITS Sholinganallur - Variation / Extra Items |

Dear Dhinesh,

As discussed with VRH yesterday, the following details were shared for incorporating in Extra Claims File.

Kindly include the same & have the file ready.   We shall take it up for discussion with VRH upon incorporating these details.

| S No | Item Description | Amount (In Crores) | Remarks |
|---|---|---|---|
| 1 | ELCOT Relayout Approval | 0.4 | Cognizant KITS Sholinganallur |
| 2 | Statutory Approvals – PP | 15.2 | Cognizant KITS Sholinganallur |
| 3 | Land Approval | 2.5 | Cognizant Siruseri |
| 4 | Brandwall | 1.5 | Cognizant Siruseri |
| 5 | STPI Campus Regularization (Including Fire) | 2.0 | Cognizant Siruseri |
| 6 | Facility for Power | 1.0 | Cognizant Siruseri |
| | **Sub-Total** | **22.6 Crores** | |

Regards,   Balaji Subramanian

Debevoise
& Plimpton


cyril amarchand mangaldas
advocates & solicitors

**55**

LT00005836

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- Goal of process to preserve margin, including INR 12 Cr. amount for "additional client requirement"



56

LT00005837

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- November 12, 2014 – Detailed variation claim totaling INR 168 Cr. sent to CTS; approvals/ campus regularization claim INR 23.9 Cr.



57

LT00005838

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims



**58**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

| ATR | | |
|---|---|---|
| 1 | Main Switch Room - Gas Suppression system | 35.35 |
| 2 | Modular UPS | 202.57 |
| 3 | Changes in Switch Room Rack Loads | 263.97 |
| 4 | ELCOT KITS campus - External road drain cover slab (Outside Plot Area) | 57.65 |
| 5 | MLCP - Addl. CCTV cameras | 100.00 |
| 6 | SDB 2 - Video booths in waiting Lounge area | 46.80 |
| 7 | SDB-3 Corporate floor | 806.71 |
| 8 | Battery monitoring system for all building UPS system | 60.24 |
| 9 | Online monitoring system for WTP | 27.00 |

| No. | Description | Amount |
|---|---|---|
| 10 | LPG leak detection system at Gas bank | 25.00 |
| 11 | OSR Land - Landscape Development | 518.57 |
| 12 | SDB 3 - Landscape terrace works ( Kiosks, screening wall & allied works.) | 750.00 |
| 13 | SDB 2 - Training rooms | 28.60 |
| 14 | Epoxy flooring - Addl. Requirement | 205.33 |
| 15 | Delta cost for dining area graphic scheme with respect to wall tiles, SDB 1 & SDB2 office area graphics | 145.13 |
| | | 3272.92 |

| Description | Amount |
|---|---|
| Increase in Cost of Granite Cladding - Due to Closure of Granite Quarries | 445.00 |
| | |
| Specification Enrichment in Interiors. | 2450.00 |
| | 6167.92 |

**Debevoise & Plimpton**



cyril amarchand mangaldas
advocates & solicitors

**59**

LT00005840

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

| | |
|---|---|
| **From:** | Ramesh Vadivelu <vramesh@lntmailorg.com> |
| **Sent:** | Saturday, February 21, 2015 1:33 AM |
| **To:** | A.Thiyagarajan <atr@lntmailorg.com> |
| **Cc:** | K. Balamurugan <kbmlt@lntmailorg.com>; Bhoothalingam <bhoothalingam@lntmailorg.com> |
| **Subject:** | Re: VAriation Items |

Dear ATR,

Okay.  Reduce 150 lakhs from OSR  land development and distribute in some other items.
Regards. Vrh

-------- Original message --------
From: "A.Thiyagarajan" <atr@lntecc.com>
Date: 21/02/2015 12:08 PM (GMT+05:30)
To: "N, Venkatesan (Cognizant)" <Venkatesan.N2@cognizant.com>
Cc: Ramesh Vadivelu <vramesh@lntecc.com>,Bhoothalingam <bhoothalingam@lntecc.com>
Subject: Variation Items


Dear Sir,
Please find herewith the major breakup for variation. We are arranging  the detailed Breakup for Interior Enrichment and shall
send you by Monday.
Request your concurrence.
Regards
A.Thiyagarajan
L&T





**60**

LT00005841

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- Lowers OSR claim by INR 1.5 Cr.

- Increases enrichment of interiors claim by INR 1.85 Cr.

- Total goes up by INR .35 Cr.

| 7 | SDB-3 Corporate floor | 806.71 |
|---|---|---|
| 8 | Battery monitoring system for all building UPS system | 60.24 |
| 9 | Online monitoring system for WTP | 27.00 |
| 10 | LPG leak detection system at Gas bank | 25.00 |
| 11 | OSR Land - Landscape Development | 368.57 |
| 12 | SDB 3 - Landscape terrace works ( Kiosks, screening wall & allied works.) | 750.00 |
| 13 | SDB 2 - Training rooms | 28.60 |
| 14 | Epoxy flooring - Addl. Requirement | 205.33 |
| 15 | Delta cost for dining area graphic scheme with respect to wall tiles, SDB 1 & SDB2 office area graphics | 145.13 |
| | | 3122.92 |
| | Increase in Cost of Granite Cladding - Due to Closure of Granite Quarries | 445.00 |
| | | |
| | Specification Enrichment in Interiors. | 2635.00 |
| | | 6202.92 |

| 1 | Main Switch Room - Gas Suppression system | 35.35 |
|---|---|---|
| 2 | Modular UPS | 202.57 |
| 3 | Changes in Switch Room Rack Loads | 263.97 |
| 4 | ELCOT KITS campus - External road drain cover slab (Outside Plot Area) | 57.65 |
| 5 | MLCP - Addl. CCTV cameras | 100.00 |
| 6 | SDB 2 - Video booths in waiting Lounge area | 46.80 |

Debevoise
&Plimpton



cyril amarchand mangaldas
advocates & solicitors

**61**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- CTS rejects revised claims, asking for items to be broken up

**From:** Venkatesan.N2@cognizant.com [mailto:Venkatesan.N2@cognizant.com]
**Sent:** Saturday, February 21, 2015 12:57 PM
**To:** A.Thiyagarajan
**Cc:** Ramesh Vadivelu; Bhoothalingam
**Subject:** Re: Variation Items

We need break up details before evening. this document will not help in getting the approval

Sent from Samsung Mobile

- LNTECC agrees to provide break up detail by February 23, 2015

| | |
|---|---|
| **From:** | A.Thiyagarajan <atr@lntecc.com> |
| **Sent:** | Saturday, February 21, 2015 1 40 AM |
| **To:** | 'Venkatesan.N2@cognizant.com' |
| **Cc:** | Ramesh Vadivelu <vramesh@lntecc.com>; Bhoothalingam <bhoothalingam@lntecc.com>; Ramesh Vadivelu <vramesh@lntmailorg.com>; Bhoothalingam <bhoothalingam@lntmailorg.com> |
| **Subject:** | Variation Items |

Dear Sir,
Please find herewith the major breakup for variation. We are arranging the detailed Breakup for Interior Enrichment and shall send you by Monday.
Request your concurrence.
Regards
A.Thiyagarajan
L&T



**62**

cyril amarchand mangaldas
advocates & solicitors

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- Additional breakdown provided by LNTECC for enhancement claims
  - Adds to INR 5.5 Cr.
  - Claim had been INR 26.35 Cr. in prior submission

L & T Construction, Buildings & Factories.

KITS - Cognizant Sholinganallur

| Sno | Description | Amount | Remarks |
|-----|-------------|--------|---------|
| 1 | Cafeteria Chairs with BIFMA Certification | 3000000 | |
| 2 | Wooden Laminate Ceiling | 10014637.32 | |
| 3 | Wooden Rafter Ceiling | 16836335.3 | |
| 4 | Jeb Partitions | 2217024 | |
| 5 | Highlighter Tiles | 959999.9159 | |
| 6 | Seating Island | 75000 | |
| 7 | DB Shutters | 15471000 | |
| 8 | Stacking Stone | 238341.12 | |
| 9 | Amoeba Light Fixtures | 7341600 | |
| 10 | Architectural Light Fixtures | 10000000 | |
| 11 | G28 Ceiling | 6156298.976 | |
| 12 | Substation Elevation Changes | 3244800 | |
| 13 | Tiles & Kotah cladding in Kitchen corridor | 2383000 | |
| 14 | Gradient Carpets in corridor areas | 4000000 | |
| 15 | Murals | 4860112.776 | |
| 16 | ACP in Staircase Headroom/Ramp | 500000 | |
| 17 | River White Granite in service corridors | 6912000 | |
| 18 | Natural marble in Entrance & Lift Lobby | 5500000 | |
| 19 | Planter boxes in corridor | 5700000 | |
| 20 | Veneer Rafters & Glass partition in Pantry | 3500000 | |
| 21 | Glass Canopy in building entrance | 1800000 | |
| 22 | Shera Planks Walkway in OAT area | 1500000 | |
| 23 | Clover Ceiling in Celebration Area | 750000 | |
| 24 | Knife Edge Corner & Trims in Director Room | 5500000 | |
| 25 | Granite in basement lift lobby extended area | 500000 | |
| 26 | Frosted Film in Jeb & ODC Glass / Doors | 5000000 | |
| 27 | MDF Base for SDB-3 Main Staircase | 500000 | |
| 28 | Stone Signage | 100000 | |
| 29 | Veneer Finish Fire Doors | 200000 | |
| 30 | V49 Ceiling | 2022387.716 | |
| Total (Rs) | | 126782537.1 | |



advocates & solicitors

LT00005844

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- February 23, 2015 – "Final" version of variation claim

- 26 different line items approved by CTS



- INR 22.6 Cr. statutory approval claim disallowed

- INR 29.5 Cr. enrichment claim also disallowed

- Total is only INR 51.2 Cr.

Debevoise
&Plimpton

**64**

LT00005845

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

• March 11, 2015 – CTS internal approval = INR 59.3 Cr.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- March 25, 2015 – Negotiations over variation claims finalized and declared closed by CTS



- Bottom line:

| S. No | Description of Claim | INR | |
|---|---|---|---|
| | | Cost quoted by Vendor | Agreed cost |
| | Total | 1,573,247,909 | 608,129,649 |
| | Sub total not- accepted for additional claim | 680,949,000 | |
| Cost of the works not executed by the vendor | | | |
| 1 | Shared Pedestals for workstations | 10,985,490 | - |
| 2 | Factory inspections cancelled for MEP items and Architectural items (Considering approx. 5 Lakh per overseas inspection & 1L inside India Inspection) 5 overseas and 8 in India | 3,300,000 | - |
| | Total | 14,285,490 | - |
| Net additional value after deductions of non-executed | | 593,844,159 | - |

- INR 59.3 Cr. in variations approved
  - Some amounts approved in 44 different line items
  - No statutory approval claims
  - INR 9.0 Cr. for enrichment





**66**

LT00005847

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- August 4, 2015 – First (and only) Amendment to KITS contract taking account of variation claims, increasing contract value by INR 35.99 Cr.
  - Contract value increased by INR 55.99 Cr. ostensibly for 6 items (amount associated with each item not specified):
    - » Modular UPS
    - » HVAC improvements
    - » Gas suppression system
    - » Switch room loads increase
    - » MLCP CCTV cameras
    - » Corporate floor



  - Contract value decreased by INR 20 Cr. for elimination of Academy building
  - Amended deadlines – effectively eliminated liquidated damages



**67**

cyril amarchand mangaldas
advocates & solicitors

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# KITS Project – Variation Claims

- "Final" amount on March 25, 2015 of INR 59.3 Cr. comparable to amount ultimately agreed on August 4, 2015 of INR 55.9 Cr.
    - Involved 44 line items, not 6 line items
    - One item for OSR Landscape Development and INR 3.4 Cr. reportedly removed from scope, reducing amount to INR 55.9 Cr.





**68**

LT00005849

# Update on Status of Review of Priority Projects

# Pune Phases 1, 1A, 2, 2A and Co-Developer





**69**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project

- Office campus in Maharashtra state near Mumbai, designed to eventually house 20,000 employees

- Project in series of phases, each with a separate Letter of Acceptance and Contract

  – Phases 1 and 1A complete

  – Phases 2 and 2A suspended

  – Co-Developer not yet started



- Original RFP January 2008; Phases 1 and 1A 2011-2014

  – Phase 1 original LOA March 2011, contract December 2013

  – Phase 1A original LOA March 2012, contract February 2013

  – Project value INR 533.9 Cr. or roughly US$ 80 million



 

**70**

LT00005851

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project

- Phases 2 and 2A RFP dated September 2015
  - LOA dated June 2016
    - » LOA executed by CTS only, not by LNTECC
    - » Contract never executed
  - Value of project INR 607 Cr. or roughly US$ 91 million
  - No RABs rendered

- Co-Developer RFP November 2015
  - LOA dated June 2016
    - » LOA executed by CTS only, not by LNTECC
    - » Contract never executed
  - Value of project INR 142.7 Cr. or roughly US$ 21.5 million
  - No work has commenced on this project





**71**

LT00005852

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Scope

- LNTECC to obtain all statutory approvals, except for some debate whether Environmental Impact Assessment remained CTS responsibility

  - Scope of work in RFP for Phase 1 included: "Obtaining all prevalent statutory NOCs and approvals with respect to the design, commencement of construction and commissioning and occupation of the facility – From EIA approvals to Completion Certificate."

  - Scope of work in LOA for Phase 1 differed:  "All related statutory approvals excluding Environmental Impact Assessment, Contractor will coordinate with employer and obtain the same:

  - Scope of work in Contract for Phase 1:  "Obtaining all related statutory approvals including Environmental Impact Assessment shall be part of scope of works"





**72**

LT00005853

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Scope

- Environmental Impact Assessment specifically excluded during early negotiations over LOA



From: Ramesh Vadivelu [mailto:vramesh@lntecc.com]
Sent: Thursday, October 18, 2012 4:49 PM
To: Ghosh, Biswajit (Cognizant)
Cc: P, Ganesh (Cognizant)
Subject: Cognizant Pune - EIA

Dear Sir,

We would like to mention that during our price negotiation, SNS sir categorically said getting EIA approval in Maharashtra would be difficult for L&T and shall provide all the documentary support to Cognizant. The same has been captured in our offer letters and Letter of Acceptance(LOA). i.e., EIA approval is excluded and L&T would provide all documentary support.

While concluding Contract agreement for Pune, there is some misunderstanding between working team on EIA inclusion/ exclusion

- Scope of work in contract for Phase 1A:  "Obtaining all related statutory approvals excluding Environmental Impact Assessment shall be part of scope of works"





**73**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Scope

- LNTECC nevertheless agreed to take steps to assist with EIA approval process

However , considering our long association with your esteemed firm,  we are doing  necessary co-ordination with concerned authorizes unofficially to get EIA Clearance.

Request your confirmation on the same.

- CTS:  Statutory approvals entirely within LNTECC scope

From: Biswajit.Ghosh@cognizant.com [mailto:Biswajit.Ghosh@cognizant.com]
Sent: Tuesday, October 23, 2012 12:47 PM
To: Ramesh Vadivelu <vramesh@Intecc.com>
Cc: Ganesh.P@cognizant.com
Subject: RE: Cognizant Pune - EIA

Ramesh,

I have had a discussion with P Ganesh on this and we are of the view that the EIA approval needs to be managed by you all. This was part of the condition of RFP and all terms of RFP unless specifically excluded in the LOI/ contract will have to form part of the total project work.

Pl find below the extract of the subject RFP, with regards to the scope of obtaining EIA approval.

Obtaining all prevalent statutory NOCs & approvals with respect to the design, commencement of construction and commissioning & occupation of the facility – From EIA approvals to Completion Certificate. Cognizant shall cooperate in providing the necessary documentary support for the same.





**74**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Scope

- Ultimately statutory approvals made part of  LNTECC scope – Phase 1 contract signed December 3, 2013



## 2. SCOPE OF WORKS:

The Design and Construction of  Phase-1 Works (SDB1A, SDB 1B and service facilities like security office, STP, Bin Centre, Covered Pathways and Connecting Corridor measuring 9,51,484 Sq. Ft., Canteen building measuring 1,61,460 Sq. Ft., SDB stilt/basement floor measuring 3,53,920 Sq. Ft., Academy cum Auditorium Block measuring 1,52,848 Sq. Ft. and external development works) including the remedying of the defects therein if any until such period of time as stipulated under the Agreement and confirmed by  Cognizant in respect of the following works:

1. Structural works
2. Architectural and finishing works
3. External finishes & cladding works
4. Interiors works
5. Electrical works (both internal and external: including LV and HV systems)
6. Sanitary and plumbing works
7. HVAC and fire protection work
8. Building management system
9. Lifts
10. Signages
11. External paving, roads, storm water drainage, landscaping works
12. Obtaining all related statutory approvals including Environmental Impact Assessment shall be part of scope of works.
    Cognizant shall pay only the fees /charges payable to the relevant government authorities. Other out of pocket / liaison charges is part of the contract sum and shall not be paid separately. The statutory approvals shall comply with the then applicable statutory norms / rules / regulations.





75

LT00005856

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Scope

**ANNEXURE – VII**

Payment Schedule

Invoices shall be raised once in a month, on a mutually agreed date. Payments shall be certified on percentage basis, subject to the quantum of various works completed as on the date of invoice.

The breakup of amounts for the various works shall be as mutually agreed between both the parties.

Payments against invoices shall be made as per the timelines mentioned above in this agreement.

| Description of the Licenses/Statutory Approvals – Scope |
| --- |
| LEED certificate – Silver rating for entire campus |
| Planning permit, Building permit – as per the authorities/ Local Authorities |
| Completion Certificate from Local Body |
| All Pollution control Board Clearances |
| DG (Air) |
| STP (Water) including site connections to water supply by local authorities |
| Fire License |
| Petroleum & Explosive Safety incl. tank installations |
| Approval for water sewage connection from Local authorities |
| NOC from Telecom, Radio authorities |
| NOC from Airport Authority of India & Indian Air Force |
| CEIG Approvals including EB power supply for MD |
| CEA |
| Lift Commissioning & Operation approval |
| All other statutory approvals not specifically covered above, but mandatory for operations, shall be part of scope |

 

Page 28 of 28





**76**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approvals Consultants

- Five consultants retained by LNTECC to assist with obtaining statutory approvals
    - Pristine Consultants – Environmental
    - Sudhir Patil and Associates – Various
    - Ultra-Tech – Environmental
    - Mars Logistics – SEZ
    - Champion Switchgears – Electrical*

- Discussion whether internal consultant Nagasubramanian should be involved
    - Ultimately rejected, as his experience was within Tamil Nadu and not within Maharashtra





**77**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Pristine Consultants

- <u>LOI</u> signed Mar 4, 2011

- <u>Scope of Work</u>: "Obtaining Environmental Clearance and Consent of Establishment/Operation." "[W]ork includes data collection, preparation of reports and submittals, presentation to the relevant authorities," as well as "follow-up and coordination" with the same and "liaisoning."

- <u>Contract Value</u>: INR 22 Lakhs total
  - <u>Terms of Payment</u>:  30% after submission of EIA Report Form 1 & 1A to  SEAC/SEIAA; 15% after submission of MPCB application; 25% after presentation to SEAC/SEIAA; 25% after obtaining EC; 5% after obtaining CoE





**78**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Pristine Consultants

- <u>Actual Payments</u>:  9.9 Lakhs
- Jul 2011: INR 8.9 Lakhs for Form 1 & 1A (30%)& MPCB application (15%) (i.e., first two milestones)
- Jan 2012: INR 1 Lakh for obtaining clearance from PCB/ other gov't approvals – CoE (5%)  (i.e., final milestone)
- Both payments less 10% deductions for prof/tech services

- <u>Invoice Descriptions include</u>:  Liaisoning/follow-up for clearances from pollution control board and approval of environmental impact assessment

- <u>Consultant terminated early</u> in November 2012 *(replaced by Ultra-Tech)*

- <u>Permits Obtained</u>:  Consent to Establish approved December 7, 2011

- <u>Due Diligence</u>: No indication of due diligence or prior relationship

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**79**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Ultra-Tech

- <u>LOI</u> signed Nov 26, 2012 (*replacing Pristine*)

- <u>Scope of Work</u>: "Obtaining Environmental Clearance and Consent of Establishment/Operation." "[W]ork includes data collection, preparation of reports and submittals, presentation to the relevant authorities," as well as "follow-up and coordination" with the same and "liaisoning"

- <u>Contract Value</u>: INR 51.6 Lakhs total
    - <u>Terms of Payment</u>:  20% after submission of EIA Report Form 1 & 1A to  SEAC; 5% after visit of the Environment Committee or against its cancellation; 5% after submission of compliance report of SEAC site visit observations; 10% after EIA report presentation; 20% after SEAC's EC award recommendation; 5% after SEIAA personal hearing; 20% against EC award; 15% After Consent to Operate obtained

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**80**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Ultra-Tech

- <u>Actual Payments</u>:  INR 58.5 Lakhs
    - Jan 21, 2013: INR 9,00,000
    - Mar 21, 2013: INR 4,50,000
    - Jul 23, 2013: INR 15,75,000
    - Aug 13,2013:  INR 6,04,800
    - Feb 5, 2014:  INR 9,00,000
    - Jul 28, 2014: INR 675,000
    - Jun 26, 2015: INR 3,65,750 – documentation not found
    - Jul 22, 2015: INR 18,512 – documentation not found
    - April 25, 2016: INR 3,65,750
    - All payments less 10% deductions for prof-tech services





**81**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Ultra-Tech

- <u>Invoice Descriptions include</u>: preparation and submission of EIA and compliance reports to SEAC/SEIAA; presentation of EIA report; obtaining Consent to Operate from MPCB; techno-legal assistance towards personal hearing, MPCB site visit, and award of EC

- <u>Permits Obtained</u>:  Consent to Operate, Environmental Clearance

- <u>Due Diligence</u>: No indication of due diligence or prior relationship

Debevoise
&Plimpton



cyril amarchand mangaldas
advocates & solicitors

**82**

LT00005863

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Sudhir Patil

- <u>LOI</u> signed Mar 7, 2011

- <u>Scope of Work</u>:  "Architectural liaisoning work for obtaining various NOC/Approval from MIDC/ other Govt Authorities ... including Fire NOC, Planning Permit, Building Permit, Airport approval, water connection and occupancy certificate...[and] furnishing all relevant proforma and data collection, scrutiny of conceptual drawing of L&T." Also includes "co-ordination with various authorities" and "liaisoning for approvals."

- <u>Contract Value</u>: INR 2.25 per sq.ft total; exclusive of 10.3% service tax





**83**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Sudhir Patil

- <u>Terms of Payment:</u>
  - 20% after submission of municipal drawing to MIDC/government authority
  - 10% after obtaining Provisional Fire NOC
  - 5% after obtaining tree cutting permission
  - 3% after obtaining Construction Water Connection
  - 10% after obtaining Commencement Certificate
  - 15% after obtaining Plinth Checking Certificate
  - 5% after obtaining NOC from high rise building from AAI
  - 2% after obtaining Permanent Water Connection
  - 15% after obtaining Final Fire NOC
  - 15% after obtaining Occupancy / Building Completion Certificate





**84**

LT00005865

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Sudhir Patil

- <u>Actual Payments</u>: INR 53,86,598.32 (53.8 Lakhs) total between Sep 5, 2011 and October, 3 2016

- <u>Invoice Descriptions include</u>:  No original invoices available.  L&T measurement book and bills list architectural services for various approvals (see below); as well as "liaisoning," MIDC coordination for documentation and land lease execution.

- <u>Permits Obtained</u>: Final Fire NOC, Building Completion Certificate, Water connection, No Dues Certificate for Water charges, drainage cess., service charges & fire cess. received from MIDC; Tree Cutting NOC (Forest Dept.); NOC for High Rise Structure

- <u>Due Diligence</u>:  No indication of any due diligence or prior relationship

Debevoise
&Plimpton



cyril amarchand mangaldas
advocates & solicitors

**85**

LT00005866

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Champion Switchgears

- <u>LOI</u> signed March 2, 2012

- <u>Scope of Work</u>:  "Supply, Installation, Testing and Commissioning of 5MVA Connection"

- <u>Contract Value</u>:  INR 1,62,00,000 (1.62 Cr.)

- <u>Terms of Payment</u>:
  - "Expenses for preparing estimates, getting Sanction from MSEDCL MIDC NOC from MIDC, cable trench LOI MSECTL:"  INR 2,50,000
  - "Expenses for getting necessary approval from Electrical Inspector:" INR 2,50,000
  - Supply & Installation of various materials & civil works:  INR 1,56,48,500





**86**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Champion Switchgears

- <u>Actual Payments:</u> INR 1,74,47,053 (1.74 Cr.)

- <u>Invoice Descriptions include</u>: "Liaisoning Consultancy work for Energy Duty Exemption approval"

  - Internal LNTECC workbooks document "supply and installation" of works for power cable

- <u>Permits Obtained</u>:  Miscellaneous electrical permits

- <u>Due Diligence</u>:  No indication of any due diligence or prior relationship

Debevoise
&Plimpton



**87**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Mars Logistics

- <u>No LOI</u>, only invoices

- <u>No Pre-Set Contract Value</u>

- <u>Actual Payments</u>:  INR 44,98,973 (45 Lakhs)

- <u>Invoice Descriptions include</u>:

  - "Advice, Consultancy & Assistance for CTS SEZ Unit Project"

  - "Advice, Consultancy & Assistance for obtaining approval for New SEZ unit at Plot 16 & P1/1"

- <u>Permits Obtained</u>:  SEZ approval

- <u>Due Diligence</u>:  No indication of any due diligence or prior relationship





**88**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- Environmental clearance requirements
  - Consent to Establish – allows start of project, including positioning equipment and material, but not construction
  - Environmental Clearance – allows start of construction
  - Consent to Operate – allows building occupancy

- Consent to Establish and Consent to Operate from Maharashtra Pollution Control Board ("MPCB")

- Environmental Clearance obtained from Environmental Department within the Ministry of Environment and Forests
  - State-Level Environmental Impact Assessment Authority ("SEIAA") – board of experts and addresses denied applications
  - State-Level Expert Appraisal Committee ("SEAC") – working authority that makes initial decision on environmental clearance

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**89**

LT00005870

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- March 2, 2011 – D.A. Patil of Pristine Consultants advises to obtain environmental clearances before starting work at project
  - Pristine Consultants is retained by LNTECC the next day

| From: | Dhanyakumar Patil <dap_24@hotmail.com> |
|---|---|
| Sent: | Wednesday, March 2, 2011 9:31 AM |
| To: | Subramaniam LNT ECC <ssmanian@lntecc.com>; S.Subramanian <ssmanian@lntmailorg.com> |
| Cc: | rkjain@lntecc.com; kkannan@lntecc.com; R.K.Jain <rkjain@lntmailorg.com>; K.Kannan <kkannan@lntmailorg.com> |
| Subject: | RE: IT Park Project -Pune Statutory approvals |

Dear Sir,

This refers to our telephonic discussion with regards to above subject matter. My clarifications to the issues are as under:

1. As regard to the time frame, the entire process takes about 8 - 9 months from the date of application
2. As per the EIA notification we can only carry out site protection work like fencing etc.
3. My advise as a consultant would be not to start the work before obtaining the statutory clearances. However, you may start the work gradually only after making the formal application for SEIAA and MPCB. Most important aspect is consent to establish from MPCB as they come for site visit. I propose to make the application simultaneously to SEIAA fro EC and MPCB for Consent to Establish. I will arrange the MPCB site visit within 15 days of making the application. After that you can start the work gradually like site leveling, roads, drains, foundations etc. so that we will not come under the scanner of authorities and our application will also come for appraisal before the SEAC.
4. The final consent to Establish will be issued by the MPCB head office and that will generally take 3-4 months, however i will arrange it in 2 and 1/2 months



**90**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- April 7, 2011 – CTS applies for Environmental Clearance

- April 7, 2011 – CTS applies for Consent to Establish from Maharashtra Pollution Control Board ("MPCB")

- April 2011 – SEAC is dissolved at the expiration of its three-year term
  - All pending applications put on hold
  - SEAC reconstituted six months later in September 2011
  - By the time SEAC is reconstituted, backlog is 400 applications

- May 3, 2011 – CTS receives official lease from Maharashtra Industrial Development Corporation ("MIDC") for property in SEEPZ Special Economic zone
  - Conditions provide for construction to commence within one year and completion within three years





**91**

LT00005872

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- August 29, 2011 – CTS advises SEIAA that it has started construction, because more than 105 days have passed since filing for Environmental Clearance



**92**

LT00005873

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- December 7, 2011 – MPCB issues Consent to Establish, but states that no effective steps for implementation of the project can be taken before obtaining Environmental Clearance
    - Obtained with assistance of D.A. Patil

- December 2011 – Construction commences

- June 25, 2012 – MPCB issues notice to CTS to show cause why construction should not be stopped for lack of Environmental Clearance

- September 28, 2012 – SEAC holds hearing on show cause notice and first hears Environmental Clearance application
    - Raises limited design questions (addressed on October 11, 2012)
    - Determines case will be treated as a violation, because construction already had started





**93**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- November 6, 2012 – MPCB issues notice to forfeit CTS's Bank Guarantee of 10 Lakhs and asks for new guarantee of 20 Lakhs
    - Based on finding of violation at SEAC hearing

- November 26, 2012 – Ultra-Tech retained and D.A. Patil dismissed

- January 16, 2013 – SEAC issues second notice to CTS to show cause why construction should not be halted

- January 18, 2013 – Application is heard by SEAC
    - Orders that application will be considered only after enforcement proceeding is commenced by MPCB for violation

- February 15, 2013 – CTS responds to order to show cause, admitting that it erred in its interpretation of the 105-day rule

- April 24, 2013 – Hearing is held by SEAC on order to show cause

Debevoise
&Plimpton



**94**

LT00005875

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Project Pune – Environmental Clearance

- April 24, 2013 – CTS ordered by SEAC to stop all construction

- June 6, 2013 – CTS requests payment to SEAC and MPBC officials to assure that any case filed against CTS will be "mild and expedited"

> **From:** Sambhaji.Bhor@cognizant.com [mailto:Sambhaji.Bhor@cognizant.com]
> **Sent:** Thursday, June 06, 2013 12:19 PM
> **To:** ssmanian@lntecc.com; rkjain@lntecc.com; kkannan@lntecc.com
> **Cc:** Ganesh.P@cognizant.com; Venugopal.G2@cognizant.com
> **Subject:** RE: Environmental Clearance
>
> **Hi SS/RKJ**
>
> Pls refer our meeting with Mr. Parshurame(SEAC) and Mr. Deole( MPCB) to expedite our case. Mr Parshurame has assured us to list our case in upcoming committee meeting and Mr Deole is pushing it for MPCB case to be became mild and expedite. By the way tomorrow we are meeting them.
> During the discussion it was a indication that they are expecting something from us apart from consultant which you need to take care immediately.  We are in very critical stage and we do not want to take any chance any more.
>
> I hope you understand the seriousness ,pls take care of this immediately without any delay in internal approval procedures .
>
> Regards
> Sambhaji

- "[T]hey are expecting something from us apart from consultant"





**95**

LT00005876

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- June 6, 2013 – Goals of payment are described and amount of payment estimated at INR 1.5 Lakhs (roughly US$ 2,300)

**From:** s.subramanian [mailto:ssmanian@lntecc.com]
**Sent:** Thursday, June 06, 2013 2:09 PM
**To:** rkjain@lntecc.com
**Cc:** 'K.Kannan'
**Subject:** Environmental Clearance

Sir

This regards the recent discussions with Govt officials and the mail from Sambhaji. In fact I have asked CTS to bear such expenses, which Sambhaji stated not possible and requested us to pay but assured that such expenses will be reimbursed during final settlement of Variation claims. Tentatively  we may have to spend about Rs 1.50 Lacs in this regard and this will help in the following :

1. The Senior Law officer assured to make ready the case file tomorrow in our presence and this will help in making the case file contents modest
2. We will also try to avoid naming the Directors of CTS as party to the case
3. To expedite the filing of the case during early next week
4. To get our case listed for EC hearing in the very next EC meeting

Hence, I seek the approval of yours expeditiously, as we have to meet the officials tomorrow. Further based on our request we have been called for a meeting with the Secretary-ED on 12th June wherein we will be requesting for commencing the Appraisal process w/o waiting for the case no.

Regards
SS





96

LT00005877

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- June 6, 2013 – Project team seeks approval for payment
  - Case number required by SEAC is obtained

- June 11, 2013 – LNTECC meets with SEIAA Secretary to seek hearing at next SEAC meeting

- July 1-3, 2013 – Hearing on Environmental Clearance

- July 5, 2013 – Un-official confirmation of Environmental Clearance







97

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- July 5, 2013 – Approval sought for payment of INR 9.6 Lakhs to Ultra-Tech for "liaisoning works"

- Sum described as "expenses towards MPCB" (Maharashtra Pollution Control Board) following "un-official confirmation that the case was cleared for EC"

- Approval for payment not found, but 7 Lakhs payment found in accounting records

| From: | s.subramanian <ssmanian@lntecc.com> |
|---|---|
| Sent: | Friday, July 5, 2013 2:23 AM |
| To: | 'R.K.Jain' <rkjain@lntecc.com> |
| Cc: | 'K.Kannan' <kkannan@lntecc.com> |
| Subject: | RE: Offer for Techno-Legal Assistance for your Project M/s. Cognizant Technology Solutions India Pvt. Ltd. at Hinjewadi, Pune |

Dear Sir

Today we have got an un-official confirmation that our case is cleared for EC. The expenses towards MPCB of INR 9.60 Lacs needs your urgent approval. Pl expedite.

Regards
SS

**From:** s.subramanian [mailto:ssmanian@lntecc.com]
**Sent:** Monday, May 27, 2013 10:05 AM
**To:** 'R.K.Jain'
**Cc:** 'K.Kannan'
**Subject:** FW: Offer for Techno-Legal Assistance for your Project M/s. Cognizant Technology Solutions India Pvt. Ltd. at Hinjewadi, Pune

Sir

This regards our discussions on the additional fees sought by the EC Consultant M/s Ultratech towards MPCB related liasoning works. The price offer received from M/s Ultratech is enclosed. Since the consultant has indicated a sum of INR 9.60 Lacs initially, seek your approval for the same.





**98**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Environmental Clearance

- July 9, 2013 – Ultra-Tech notifies LNTECC that SEAC recommends Environmental Clearance for the Pune Project be awarded

- September 6, 2013 – D.A. Patil  complains about process for obtaining Environmental Clearance and references a possible payment

| | |
|---|---|
| **From:** | R.Nagalingam <nagalingam@lntmailorg.com> |
| **Sent:** | Friday, September 6, 2013 4:06 AM |
| **To:** | S.Veeramani <svm-ecc@lntmailorg.com>; Nakkiran <nakkiran@lntmailorg.com> |
| **Cc:** | Senthil Kumar <senthilmj@lntmailorg.com> |
| **Bcc:** | Anjana Meda <anjanameda@lntmailorg.com> |
| **Subject:** | FW: Cognizant Deccan Campus Pune: Submission of Original documents_Revised Consent to Establish |

Dear Sirs, Fyip.

**From:** D A Patil [mailto:pristineconsultants@gmail.com]
**Sent:** Friday, September 06, 2013 1:16 PM
**To:** Harishkoppa Narayanrao
**Cc:** mrudula laghate; S.Subramanian; R.Nagalingam; K.K Karthikeyan; Nachiket Bhavsar; Tushar Sureshchandra Joshi; Chandra Mohan; Mitali Rashmikant Bhavsar; R.K.Jain; D. A. Patil
**Subject:** Re: Cognizant Deccan Campus Pune: Submission of Original documents_Revised Consent to Establish

Dear Sir,

What about my pending fees? As I had completed EIA Report and submitted to you as well as presented before the SEAC. You had gone ahead with construction against my advise and you didn't heed my suggestions. When I was looking to your project I had not spent a single rupee bribe amount and neither allowed you to do so. Now, I understand the exorbitant amount had been paid to get through. However, the ultimate result was the same steps which I had proposed it to you, which you followed later with a huge premium on your head for no reason.

I am sure, you will certainly have hesitation  to release my pending fees for which I have worked and delivered. If you are a professional organization, you will respect my professionalism and efforts taken, you shall pay my dues for which I am entitled.

Please let me know.

Regards,

Dr. D. A. Patil





**99**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Project Pune – Statutory Approval Claim

- Billing for statutory approvals was never included in running account bills for Pune Project
  - No weightage was assigned to statutory approvals in initial billing setup, because they were not in scope at the time
  - CTS agreed that billing would occur as part of variation or extra claims process
- History of development of extra claims shows significant growth in statutory approvals line items over time





**100**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim

- June 21, 2012 – First internal documents setting forth potential extra claims for statutory approvals
    - Total of INR 75.8 Lakhs claimed of 16.5 Cr. total extra claim
    - Pristine, Sudhir Patil and Champion Switchgears mentioned

- March 22, 2013 – LNTECC sends CTS extra claim document
    - Requests INR 3.8 Cr. for statutory approvals out of 47.2 Cr. total extra claim
    - Amount includes "idling charges" for project delay

- August 22, 2013 – LNTECC sends CTS revised claim document
    - Now requests INR 5.05 Cr. for statutory approvals of 48.5 Cr. total extra claim
    - Claim of INR 3.9 Cr. for "idling" included separately





**101**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim

- March 22, 2013



**Debevoise & Plimpton**

**102**

LT00005883

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim

- August 22, 2013



**Debevoise &Plimpton**

**103**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim

- December 24, 2013 – Statutory approval claim for INR 5.05 Cr. rejected by CTS, because environmental clearance was in scope



**104**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim

• Final agreement in December 2013 – 20 Cr. without any breakdown



Debevoise
&Plimpton

**105**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Pune Project – Statutory Approval Claim



**From:** Utkarsh Maloo
**Sent:** Friday, April 25, 2014 12:02 PM
**To:** Nachiket Bhavsar (NACHIKET@Intecc.com)
**Cc:** Sandhya Ganesh .
**Subject:** Claim details - CTS Pune

Dear Sir,
Please share the following details for CTS Pune.

1. Claims raised to client (Value in Cr.) : 86 Cr officially submitted. ( Additional 72 Cr was under discussion )

2. Claim settled till date (Value in Cr.) : 20

3. Balance Claim expected to be settled (Value in Cr.) : 5

Please revert asap as its required for SNS Sir review.

Utkarsh Maloo
B&F IC - CBA – ITIS Segment Coordinator ( North & West )
L&T Construction – Land Mark A Office, 4th Floor, Andheri (E), Mumbai - 400 093
| T +91 9833048421 |





**106**

LT00005887

# Update on Status of Review of Priority Projects

# Hyderabad Incubation and ISC





**107**

LT00005888

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects

- Office campuses planned in two locations for two different projects, each with separate LOAs:

  - Hyderabad Incubation:  Adibatla Special Economic Zone ("SEZ") – *pre-closed*

  - Hyderabad ISC:  Financial District, Nanakramguda, Gachibowli; to house 8,000+ associates - *suspended*

- Incubation: 2013 – 2015

  - Incubation original LOA October 2013, no executed contract

- ISC: RFP 2014; Project period: 2016-TBD

  - ISC original LOA October 2015; no executed contract

- Total value of both projects INR 563.3 Cr. or roughly US$ 84.7 million





**108**

LT00005889

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – FCPA Clauses

- LOAs for both ISC and Incubation include aggressive FCPA clauses

> **10.0  FCPA AND ANTCORRUPTION**
>
> 10.1 Contractor represents and warrants that Contractor has reviewed, and is familiar with, the U.S. Foreign Corrupt Practices Act ("FCPA") and Anticorruption Policy ("Anticorruption Policy") of Cognizant Technology Solutions Corporation and its direct and indirect subsidiaries (collectively, "Cognizant), and that Contractor and its subsidiaries, affiliates, and subcontractors related to this Project are in compliance with the Anticorruption Policy and all anticorruption laws applicable to Contractor's business involving Cognizant.
>
> 9
>
> Regd. Office: 6 9/535, Old Mahabalipuram Road, Okkiam Thoraipakkam, Chennai - 600 097

- LNTECC required to assure that the company, as well as its subsidiaries, affiliates, and subcontractors are in compliance with CTS anti-corruption policy and applicable anti-corruption law
  - Requires prior written approval for all subcontractors (not exercised)

**Debevoise**
**&Plimpton**



**109**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – FCPA Clauses

10.6 Cognizant's Right of audit and Investigation. Cognizant shall have the right, upon written notice to the Contractor, to conduct an audit of the Contractor's relevant books and records, and an investigation to verify compliance with provisions of this clause. The Contractor shall cooperate fully with such investigation, the scope, method, nature and duration of which shall be at the sole reasonable discretion of Cognizant.

10.7 Disclosure to Government. Contractor agrees that full disclosure of information relating to a possible violation of the Cognizant's Anticorruption Policy or the existence and terms of this LOA or the Construction Contract, including the compensation provisions, may be made at any time to the government and its agencies, and to whomsoever Cognizant's General Counsel determines has a legitimate need to know.

10.8 Cognizant's Rights upon an Anticorruption Default. In the event that Cognizant should believe, in good faith, that the Contractor has acted or failed to act in any way that may subject Cognizant to liability under the FCPA or local anticorruption law (which action or failure to act is, hereinafter, an "Anticorruption Default"), Cognizant shall have the unilateral right, exercisable immediately upon written notice to the Contractor:

A.  to refuse to commit any additional capital or funding to the Project, any other provision of this LOA or the Construction Contract notwithstanding;

B.  to terminate this LOA or Construction Contract immediately; and/or

C.  to rightfully refuse to pay any fees owed, or expenses incurred by the Contractor at the time that Cognizant determines that an Anticorruption Default has occurred.

10.9. Restrictions concerning Contractor. Neither the  Contractor nor the Contractor's representative(s) shall (1) retain any representatives on behalf of the Project  or (2) make or cause to be made any payments to any such representatives or other parties, without the express prior written approval of Cognizant.

10.10. Contractor and Cognizant agree that this LOA may not be assigned by either of the parties without prior written approval by the non-assigning party.

- CTS right to audit for FCPA compliance

- Full disclosure of any FCPA risks to government agencies

- Contract termination rights if good faith belief of anti-corruption violation

**Debevoise**
**&Plimpton**



cyril amarchand mangaldas
advocates & solicitors

**110**

LT00005891

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – Statutory Approvals Scope

- LNTECC to obtain all statutory approvals, including the Environmental Impact Assessment, with CTS paying actual statutory fees

Incubation:

12. Obtaining all the related statutory approvals including the Environmental Impact Assessment ("EIA") (if applicable) shall be part of scope of works. In case of applicability of EIA, Contractor shall obtain EIA clearance and Cognizant shall pay the actual statutory fees.

For the remaining Statutory Approvals, Cognizant shall pay only the fees /charges payable to the relevant government authorities. Other out of pocket / liaison charges is part of the contract sum and shall not be paid separately. The statutory approvals shall comply with the norms applicable at the time of applying and obtaining relevant statutory approvals.

ISC:

compound wall for entire campus

12. All related statutory approvals including environmental impact assessment ("EIA") shall be part of scope of works and Contractor will coordinate with Cognizant and shall obtain the same. In case of applicability of EIA, Contractor shall obtain EIA clearance and Cognizant shall pay the actual statutory fees.

For the remaining Statutory Approvals, Cognizant shall pay only the fees /charges payable to the relevant government authorities. The statutory approvals shall comply with the norms applicable at the time of applying and obtaining relevant statutory approvals and as required throughout and till the completion and handover of the Project facility.

**111**

advocates & solicitors

Debevoise
&Plimpton

LT00005892

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – Statutory Approvals Scope

- Incubation:  50 Lakhs attributed to statutory approvals

  - Beyond electrical authorization for power at site, no statutory approvals appear to have been obtained





**112**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – Statutory Approvals Scope

- ISC:  No itemized breakdown for statutory approval costs

- Approvals obtained include (single-window approval):



  1. Environmental Clearance

  2. Telangana State Pollution Control Board ("TSPCB") Clearance

  3. Airports Authority of India approval and NOC for height clearance

  4. Provisional NOC from Director General Fire Services

  5. TSIIC Conditional Approval for building permit

*Note:* Approvals, obtained between December 2015 – February 2016, expire after one year



**113**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – Consultants

- While consultants were initially retained and obtained some permits for the Hyderabad project, it is reported that all work on the projects, including any work with consultants, has ceased

- Incubation:
    - Sai Balaji Electricals

- ISC:
    - Jhanavi Consultants
    - B.S. Envi-Tech Pvt. Ltd





**114**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Incubation – Sai Balaji Electricals

- <u>LOI</u> signed January 6, 2014

- <u>Scope of Work</u>:
  - "Supply, Erection, Testing & Commissioning of 11kV/0.433kV Dist. Transformer Switch Yard…"
  - "All Civil works: Like Concreting, Excavation and Back Filling for transformer plinth …"
  - APCPDCL and CEIG approvals

- <u>Contract Value</u>:  INR 7,00,000 (7 Lakhs)

- <u>Terms of Payment</u>:
  - 50% after receipt of APCPDCL Sanction Memo
  - 20% after material delivery at site
  - 30% after power release





**115**

LT00005896

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Incubation – Sai Balaji Electricals

- <u>Actual Payments:</u>
    - Consultant invoiced INR 424,720 for liaisoning and approvals
    - Internal LNTECC payment approval sought for INR 1.82 Cr.
        - » Sai Balaji also a vendor on the project

- <u>Invoice Descriptions include</u>:
    - "liaisoning charges;" "getting approval from Electrical Inspector"
    - "APCPDCL and CEIG approvals"

- <u>Permits Obtained</u>:  APCPDCL and CEIG approvals

- <u>Due Diligence</u>:  No indication of any due diligence





**116**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – B.S. Envi-Tech

- <u>LOI</u> signed July 18, 2015

- <u>Scope of Work</u>:  "preparation of application, submitting of Form 1, presenting the case to SEAC / SPCB, procuring Environment Clearance and preparing the application and procuring Consent for Establishment and Consent for Operations from the concerned departments..."

- <u>Contract Value</u>:  INR 7,00,000 (7 Lakhs)





**117**

LT00005898

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – B.S. Envi-Tech

- <u>Terms of Payment</u>:
    - Mobilization & Submission of Form 1 to SEIAA / SPCB – INR 84,000
    - Upon presenting the case to SEAC, SPCB – INR 42,000
    - Upon Receipt of Environment Clearance – INR 63,000
    - Upon submission of application for CFE and completion of Site visit by RO, SPCB – INR 84,000
    - Upon receipt of CFE – INR 84,000
    - Submission of Application and obtaining CFO – INR 63,000
    - For additional data collection for SEAC presentation – INR 1,12,000
    - For additional data collection for CFE application – INR 1,12,000
    - For additional data collection for CFO – INR 56,000

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**118**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – B.S. Envi-Tech

- <u>Actual Payments:</u> INR 6,41,655

- <u>Invoice Descriptions include</u>: language identical to LOI payment terms

- <u>Permits Obtained</u>:
    - Environmental Clearance
    - Telangana State Pollution Control Board ("TSPCB") clearance

- <u>Due Diligence</u>:  No indication of any due diligence





**119**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – Jhanavi Consultants

• <u>LOI</u> signed August 10, 2015

• <u>Scope of Work</u>:  "...preparation of, application, submitting to the concerned department and getting necessary approvals "

• <u>Contract Value</u>:  INR 55,00,000 (55 Lakhs)





**120**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – Jhanavi Consultants

- Terms of Payment
    - Airport Authority of India, Height Clearance for Each Block / Building – INR 80,000
    - Telangana State Disaster Response and Fire Service Department, Provisional NOC from DG Fire Services – INR 9,00,000
    - Vice Chairman, TSIIC / IALA, TSIIC Approval for Site and Buildings – INR 30,40,000
    - HMWS&SB, Water Feasibility Report – INR 2,50,000
    - Telangana State Central Powers dist.com ltd, Power Scheme Sanction from the Board – up to release including drawings & loads & installations approval (Rule-63) of statutory approval by CEIG – INR 9,50,000
    - Storage of Diesel for DG sets, Controller of Explosives, Southern Region – INR 2,80,000

Debevoise
&Plimpton

cyril amarchand mangaldas
advocates & solicitors

**121**

LT00005902

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad ISC – Jhanavi Consultants

- <u>Terms of Payment</u> (for each individual item):
    - 25% on submission of documents in final shape to L&T for signatures before submission to respective authorities
    - 35% on inspection of site by Officials of respective departments
    - 20% on obtaining permission to start construction activities
    - 20% on handing over approvals.

- <u>Actual Payments:</u> INR 25,53,980

- <u>Invoice Descriptions include</u>: "Liaisoning charges for obtaining Approvals/NOC;" other language identical to LOI

- <u>Permits Obtained</u>:  NOC clearance from Airports Authority of India

- <u>Due Diligence</u>:  No indication of any due diligence





**122**

LT00005903

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Hyderabad Projects – Payments from Cognizant

- Incubation:  No known payments

- ISC:
  - 5 Running Account Bills
  - INR 1,03,40,000 billed for 7 statutory approval-related works
    - » Billing based on weightages, not cost incurred

CTS HYDERABAD
L and T Constructions

PRELIMINARIES

RAB-02

| | | Running Account Bill No | RAB-02 | Original Contract Value | 5,170,000,000 | | | | | PRELIMINARIES | | | | |
| | | Bill Month | Jul/16 | Revised Contract Value | 5,170,000,000 | | | | | | | | | |
| Sr. No. | Item Description | Planned Invoice % | Planned Invoice Amount | Till Last Bill (TLB) | | Bill For The Month (FTM) | | | | Cumulative Bill (CB) | | | |
| | | % | Amount | % On overall value | % On subhead value | Amount | % On overall value | % On subhead value | Amount | % On overall value | % On subhead value | Amount |
| | Statutory Approval ( After submission of complete documents) | | | | | | | | | | | | |
| A.6 | | | | | | | | | | | | | |
| A.6.1 | Pre construction | 0.250% | 12,925,000 | | | - | 0.200% | | 10,340,000 | 0.200% | | 10,340,000 |
| A.6.1.1 | Environmental Clearance | 0.018% | 930,600 | | | | 0.018% | 100.000% | 930,600 | 0.018% | 100.000% | 930,600 |
| A.6.1.2 | Airport Authority of India | 0.008% | 413,600 | | | | 0.008% | 100.000% | 413,600 | 0.008% | 100.000% | 413,600 |
| A.6.1.3 | Provisional Fire NOC | 0.043% | 2,223,100 | | | | 0.043% | 100.000% | 2,223,100 | 0.043% | 100.000% | 2,223,100 |
| A.6.1.4 | TSIIC Conditional Approval through TSIPASS | 0.061% | 3,153,700 | | | | 0.061% | 100.000% | 3,153,700 | 0.061% | 100.000% | 3,153,700 |
| A.6.1.5 | Mutation | 0.025% | 1,292,500 | | | | 0.025% | 100.000% | 1,292,500 | 0.025% | 100.000% | 1,292,500 |
| A.6.1.6 | CFE | 0.020% | 1,034,000 | | | | 0.020% | 100.000% | 1,034,000 | 0.020% | 100.000% | 1,034,000 |
| A.6.1.7 | Blasting Approval | 0.025% | 1,292,500 | | | | 0.025% | 100.000% | 1,292,500 | 0.025% | 100.000% | 1,292,500 |
| A.6.1.8 | Building Approval(Demand Notice) | 0.050% | 2,585,000 | | | | | | - | | | - |
| A.6.2 | Post Construction | 0.251% | 12,976,700 | | | - | | | - | | | - |
| A.6.2.1 | Fire NOC | 0.050% | 2,585,000 | | | | | | | | | |
| A.6.2.2 | Building Occupancy Certificate | 0.062% | 3,205,400 | | | | | | | | | |
| A.6.2.3 | Consent to Operate | 0.063% | 3,257,100 | | | | | | | | | |
| A.6.2.4 | Electrical CEIG Approval | 0.020% | 1,034,000 | | | | | | | | | |
| A.6.2.5 | Pollution Control Board Approval | 0.020% | 1,034,000 | | | | | | | | | |
| A.6.2.6 | Explosives License (Diesel Storage) | 0.018% | 930,600 | | | | | | | | | |
| A.6.2.7 | HMDA Approval | 0.018% | 930,600 | | | | | | | | | |
| | Subtotal - Site wide Preliminaries & General Requirements | 0.501% | 25,901,700 | | | - | 0.200% | | 10,340,000 | 0.200% | | 10,340,000 |
| | GRAND TOTAL | 9.824% | 507,900,800 | 2.177% | | 112,550,900 | 1.897% | | 98,074,900 | 4.074% | | 210,625,800 |


Deb
& Pli

# Next Steps and Ongoing Cooperation





**124**

LT00005905

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LNTECC

# Interim Update from Internal Review of CTS Projects

Presentation on Behalf of L&T Construction
to the U.S. Department of Justice

## The End

**July 27, 2017**





LT00005906