# EXHIBIT 25

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
+1 202 383 8000

August 4, 2017

FOIA CONFIDENTIAL TREATMENT REQUESTED

Kevin Gingras, Esq.
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005

**Larsen & Toubro Construction**

Dear Kevin:

On behalf of Larsen & Toubro Construction ("LNTECC" or "the Company"), I am enclosing, in native and imaged form, underlying documents referred to in the presentation we gave at your offices on Thursday, July 27, 2017. For ease of reference and also as you requested, we are also enclosing an annotated copy of the presentation with relevant Bates numbers. This production is without prejudice to any jurisdictional or other defenses LNTECC may have with respect to any DOJ investigation or resulting legal action.

The underlying documents bear Bates numbers **LT00004854 – LT00005656**. The annotated presentation bears Bates numbers **LT00005657 – LT00005781**.

In preparing the annotated version, we corrected some inadvertent errors as follows:

- Slide 19: "Co-Development" should read "Co-Developer".

- Slide 68: The email referred to in the only bullet in the slide is dated March 25, 2015 and not March 23, 2015.

- Slide 71: The LOA for the Pune Co-Developer project was executed by Cognizant and not LNTECC. This LOA was previously produced to you as (**LT00000237-249**).

- Slide 81: The entry in the sub-bullet third from bottom should include "documentation not found" like the sub-bullet above it.

- Slide 90: The email referred to in the only bullet in the slide is dated March 2, 2011 and not March 3, 2011.

- Slide 94: The date in the last bullet should be April 24, 2013 and not March 24, 2103.

- Also, please be aware that references in the document to Pune Project Phase 2A are to one of the software development blocks (SDB 2A) envisaged as part of Phase 2. Had the project gone forward, that software development block would have been executed as part of Phase 2.

Kevin Gingras, Esq.                                           2                                          August 4, 2017

These corrections are reflected in the annotated version in red. We also have included a "Corrected" version of the Presentation, bearing Bates numbers **LT00005782 – LT00005906**. Please use this Corrected version of the slide deck moving forward.

Pursuant to 28 C.F.R. §16.8, we request on LNTECC's behalf that confidential treatment be accorded to all copies of this letter, the accompanying documents, and any notes, memoranda, or other records created by or at the direction of the DOJ or other federal law enforcement agencies, their officers or staff members, that reflect, refer, or relate to this letter or the enclosed documents. Among other things, the enclosed documents contain trade secret information or privileged and confidential commercial or financial information exempt from disclosure under the Freedom of Information Act, 5 U.S.C. § 552(b)(4).

Please promptly inform me of any request under the Freedom of Information Act seeking access to any of the foregoing records, including this letter, to enable us to substantiate the grounds for confidential treatment.

Provision of these materials is not intended to, and does not waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that production of any of the enclosed materials constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent. By the production of such documents, LNTECC does not intend to waive and has not waived the attorney-client privilege or any other protections.

Please let me know if you have any questions about this letter or the enclosed documents.

Very truly yours,

*[signature]*

Colby A. Smith

Enclosures

*By Electronic Mail and Federal Express*

Copy:
Andrew Bruck, Esq.
Assistant U.S. Attorney, District of New Jersey
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102