# EXHIBIT 33

Kevin Gingras, Esq.                                                                                           January 19, 2018

## ANNEX A

### Documents responsive to Request No. 2 of the December 8 Letter

| DOJ Request No. 2 | Search String | Date Range | No. of documents responsive to request | Bates Range |
|---|---|---|---|---|
| All records produced, modified, sent, or received by L&T employees or agents relating to the KITS Sholinganallur project regarding:<br><br>a. Variation claims, "extra claims," or change order requests, including any claims relating to statutory approvals or campus regularisation; | (CKC OR KITS OR Sholinganallur) AND (variation OR "variation claim" OR "variation claims" OR "change control note" OR "change control notes" OR "change order" OR "change order request" OR "change order requests" OR "extra claim" OR "extra claims") | None | 5,457 | LT00134073 – LT00161717 |
| All records produced, modified, sent, or received by L&T employees or agents relating to the KITS Sholinganallur project regarding:<br><br>b. Correspondences, meetings, or efforts to arrange meetings with any government official(s) regarding statutory approvals, including a January 2014 proposal to schedule a meeting between CTS executives and the Chief Minister of Tamil Nadu; | (CKC OR KITS OR Sholinganallur) AND (Minister OR Chief OR "Chief Minister" OR CM OR JAYALALITHAA OR JAYALALITHA OR AMMA) | Dec 1, 2013 – Feb 28, 2014 | 97 | LT00161718 – LT00161983 |

1

Kevin Gingras, Esq.

January 19, 2018

| DOJ Request No. 2 | Search String | Date Range | No. of documents responsive to request | Bates Range |
|---|---|---|---|---|
| All records produced, modified, sent, or received by L&T employees or agents relating to the KITS Sholinganallur project regarding:<br><br>c. The hiring or proposed hiring of third-party agents, including vendors, consultants, contractors, or subcontractors, to assist L&T Construction and/or CTS in obtaining statutory approvals; and | (CKC OR KITS OR Sholinganallur) AND ("vendor" OR "vendors" OR "consultant" OR "consultants" OR "contractor" OR "contractors" OR "subcontractors" or "sub*contractors") AND ("statutory approval" OR "statutory approvals" OR "Planning Permit")<br><br>AND<br><br>SEARCH STRING: (CKC OR KITS OR Sholinganallur) AND ("vendor" OR "vendors" OR "consultant" OR "consultants" OR "contractor" OR "contractors" OR "subcontractors" or "sub*contractors") AND (Ensys OR "Naga" OR "Nagasubramanian") AND ("statutory approval" OR "statutory approvals" OR "LOI") | None | 825 | LT00161984 – LT00165413 |
| All records produced, modified, sent, or received by L&T employees or agents relating to the KITS Sholinganallur project regarding:<br><br>d. Between March 1, 2014 and December 1, 2014, any delays in receiving payment from CTS for outstanding bills and any payments ultimately received by L&T Construction from CTS in fulfilment of those bills. | (CKC OR KITS OR Sholinganallur) AND ("RAB" OR "RABs" OR "Bills" OR "Running Bills" OR "Running Account Bills" OR "Running Bills") AND ("Delay" OR "Hold" OR "Holding" OR "Withold" OR "Witholding") | Mar 1, 2014 – December 1, 2014 | 395 | LT00165414 – LT00167142 |

ANNEX B

## CTS - KITS

| S No | Statutory approval details | Name of issuing authority | Payment Amount (INR) | Date of Payment | Payment Made by | Method of Payment | Supporting Documentation | Supporting Documentation Bates Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | ELCOT Land Allotment-Development Charges | ELCOT/CMDA | 390,000 | Payment documentation not available to L&T | CTS | DD | Demand letter from the department | LT00167143 |
| 2 | Fire NOC | Director of Fire & Rescue Services | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Fire license renewal certificate | LT00167145 |
| 3 | AAI NOC | Airport Authority of India | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | No objection certificate issued by AAI | LT00167147 |
| 4 | Traffic NOC | Additional Commissioner of Police, Traffic | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Letter by CMDA to Additional Commissioner Police (Traffic) for proposed recommendations to award NOC and Recommendation letter to issue NOC by Additional Commissioner Police (Traffic) to CMDA | LT00167148; LT00167151 |
| 5 | Planning Permit - Scrutiny Fee | CMDA | 255,000 | 07-Feb-13 | L&T | DD | DD, Department receipt and acknowledgement, CMDA | LT00167153; LT00167157 |
| 6 | Planning Permit | Member Secretary-CMDA | 7,390,000 | 09-Feb-14 | CTS | DD | Planning permission letter by Member Secretary, CMDA | LT00167157 |
| 7 | Building Permit | Executive Engineer- Corporation of Chennai | 30,465,600 | 12-Nov-14 | CTS | DD | Building permission letter by Town Planning Section, Corporation of Chennai | LT00167164 |
| 8 | PESO-HSD | Joint Chief Controller of Explosives | 400 | 04-Oct-13 | CTS | DD | Application by CTS to PESO | LT00167167 |
| 9 | Environmental Clearance | Tamilnadu Pollution Control Board | 100,000 | 20-Jun-12 | CTS | Banker Cheque | Application by CTS to SEIAA and receipt copy of fee submitted | LT00167168 |
| 10 | CEIG Approval | Central Electricity Authority | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Approval for energisation by Central Electricity Authority | LT00167170 |
| 11 | Pollution Control Board NOC | Tamilnadu Pollution Control Board | 762,500 | 09-Jun-13 | CTS | DD NO. 670779 | DD Copy | LT00167173 |
| 12 | STP -CMWSSB | MD , CMWSSB | 39,326 | 08-Sep-14 | L&T | DD NO. 795809 | Application to Chennai Metropolitan Water Supply & Sewerage Board and copy of cheque | LT00167174 |
| 13 | Planning Permit - Scrutiny Fee Academy Building | CMDA | 255,000 | 01-Oct-15 | L&T | Ledger Entry Only | Ledger Entry Only | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

LT00167432
DOJ-LT-LTR-00000044

## ANNEX B

### CTS - Siruseri

| S No | Statutory approval details | Name of issuing authority | Payment Amount (INR) | Date of Payment | Payment Made by | Method of Payment | Supporting Documentation | Supporting Documentation Bates Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Local Body Approval | The President, Muttukadu Panchayat | 655,901 | 28-Sep-11 | L&T | DD .004688 | Receipt copy and corresponding letter in Tamil. The amount is traceable from the receipt at document LT00167187. | LT00167176 |
| 2 | Local Body Approval | The President, Muttukadu Panchayat | 2,274,806 | 28-Sep-11 | L&T | DD .004689 | Receipt copy and corresponding letter in Tamil. The amount is traceable from the receipt at document LT00167187. | LT00167182 |
| 3 | Local Body Approval | The President, Siruseri Panchayat | 1,500,209 | 28-Sep-11 | L&T | DD .004691 | Receipt copy and corresponding letter in Tamil. The amount is traceable from the receipt at document LT00167187. | LT00167187 |
| 4 | CEIA Approval | Central Electricity Authority | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Approval for energisation by Central Electricity Authority | LT00167193 |
| 5 | AAI Approval | Airport Authority of India | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | No objection certificate by AAI | LT00167194 |
| 6 | Fire NOC | Tamilnadu Fire and Rescue Services Department | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Fire NOC by Tamil Nadu Fire and Rescue Services Department | LT00167195; LT00167201 |
| 7 | Pollution Control Board NOC | Tamilnadu Pollution Control Board | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Consent order by Tamilnadu Pollution Control Board | LT00167201; LT00167209 |
| 8 | Building Approval | The President, Tiruporur Panchayat Union | 6,614,074 | 04-Dec-12 | CTS | DD NO. 379156/379157 | Completion certificate in Tamil. The amounts are traceable from the letter. | LT00167215 |
| 9 | HSD Approval | Joint Commissioner of Explosives, Chennai | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 10 | Environment Clearance | Tamilnadu Pollution Control Board | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Consent order by Tamilnadu Pollution Control Board | LT00167221 |
| 11 | Planning Permission | DTCP | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 12 | Food Safety & Drug License | Food Safety & Drug Administration Dept | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 13 | NOC | Ministry of Defence | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

LT00167433
DOJ-LT-LTR-00000045

ANNEX B

## CTS - Pune

| S No | Statutory approval details | Name of issuing authority | Payment Amount (INR) | Date of Payment | Payment Made by | Method of Payment | Supporting Documentation | Supporting Documentation Bates Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Fire NOC | Executive Engineer, MIDC, E&M Division, Pune | 653,578 | 05-Oct-11 | L&T | DD No.883941 | DD copy | LT00167229 |
| 2 | Fire Protection Fund Fees Paid for Proposed Areas in Ph-I | The Executive Engineer, MIDC, IT Division, Shivajinag | 30,000 | 28-Jan-13 | L&T | DD No.565904 | DD copy | LT00167230; LT00167231 |
| 3 | Inspection Charges for 5Mva Electrical Connection | E & A. O. M & G GDC, Survey Of India Pune | 47,000 | 14-Jan-12 | L&T | DD No.491013 | DD copy and Certificate | LT00167233; LT00167234; LT00167235 |
| 4 | H.T. Cable Trench Laying Permission Charges Int Compo(220800) & Land Rent (14541) | Executive Engineer MIDC I.T. Division, Pune | 235,341 | 27-Feb-12 | L&T | DD No.769134 | DD Copy, voucher and demand letter from the department | LT00167236; LT00167240 |
| 5 | For Execution of DG Sets Installation | Electrical Inspector Pune | 104,000 | 13-Jun-12 | L&T | DD No.460594 | DD copy | LT00167242; LT00167243 |
| 6 | For HSD Fire NOC - 465121 dated 07.1.13 | The Executive Engineer MIDC Pune | 25,000 | 07-Jan-13 | L&T | DD No.465121 | DD copy | LT00167245 |
| 7 | Charges for Obtaining License from F&D for 5 Years | Maharashtra Government | 10,000 | 13-May-13 | L&T | Cash | Voucher copy and receipt from department | LT00167246 |
| 8 | Building Plan Approval | MIDC, EE , IT Division, Pune | 29,899,100 | 22-Nov-11 | CTS | Ch No. 336306 | Cheque copy, undertaking form and representation letter to the department | LT00167248 |
| 9 | Civil Aviation Approval | Airport Authority Of India | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 10 | Occupancy Certificate | Payment documentation not available to L&T | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 11 | Environment Clearance | Maharashtra Pollution Control Board | 1,040,100 | 29-Mar-11 | L&T | DD | Voucher copy, clearance certificate by department and the notice by SEIAA | LT00167251; LT00167252; LT00167257 (at LT00167356) |
| 12 | Water Connection Approval | MIDC, E&M | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 13 | Consent for Establishment | Maharashtra Pollution Control Board | 15,000 | 08-Sep-11 | L&T | Ch No. 699394 | Application for consent to establish and cheque copy | LT00167425 |
| 14 | Rental Charges for Laying of Electrical Power Cable Trench | The Executive Engineer, MIDC, Pune | 385,620 | 06-May-13 | L&T | Ch No. 250482 | Cheque copy and demand letter from the department | LT00167427 |
| 15 | Plan Inspection Fee & HT Connection Permission at CTS Site | MSEB | 20,000 | 30-Nov-12 | L&T | Cash | Fee receipt from the department | LT00167431 |
| 16 | Plan Inspection Fee & HTConnection Permission at CTS Site | MSEB | 17,500 | 30-Nov-12 | L&T | Cash | Fee receipt from the department | LT00167431 |
| 17 | Tree Cutting Permission | Forest Department, Pune | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |
| 18 | Consent To Operate | MPCB | Payment documentation not available to L&T | Payment documentation not available to L&T | CTS | Payment documentation not available to L&T | Payment documentation not available to L&T | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

LT00167434
DOJ-LT-LTR-00000046