# EXHIBIT 34



| BENCHMARKS CLOSED | NSE LOSER-LARGE CAP | FEATURED FUNDS ★★★★★ 5Y RETURN | |
|---|---|---|---|
| Sensex 47,868.98  117.65 | Astral Poly Tech 1,746.35  -36.50 | Axis Long Term Equity Di...  15.28 % INVEST NOW | MARKET WATCH |

# The Economic Times | tech

English Edition ▼  |  E-Paper

Subscribe    Sign In
Special Offer on ETPrime

Home    ETPrime    Markets    News    Industry    RISE    Politics    Wealth    MF    Tech    Jobs    Opinion    NRI    Panache    ET NOW    More ▼

Business News › Tech › ITeS › L&T 'unfairly doubted' for alleged role in Cognizant bribery case: Subrahmanyan

# L&T 'unfairly doubted' for alleged role in Cognizant bribery case: Subrahmanyan

By Rachita Prasad & Jochelle Mendonca, ET Bureau       Last Updated: Mar 28, 2019, 09:04 AM IST

5
SHARE   FONT SIZE   SAVE   PRINT   COMMENT

**Synopsis**
CEO SN Subrahmanyan says there's no evidence of the involvement of Larsen & Toubro or its executives.



"The problem with MNCs is that some of them come and play with Indians and they get away scotfree. Time and again it has happened," Subrahmanyan said.

MUMBAI | BENGALURU: Larsen & Toubro is being unfairly doubted for its alleged role in a bribery case against IT services company **Cognizant** without evidence of its involvement, chief executive officer SN Subrahmanyan said.

"Cognizant paid a $25-million fine and blamed somebody. Department of Justice (US) lets them go. Now, how am I to defend myself ? Is there a letter to me accusing me of these things," Subrahmanyan asked while speaking to ET.

New Jersey-based Cognizant had allegedly leaned on a **construction company**, which was not identified, to pay a bribe to Tamil Nadu government officials to secure permits for building its campus in the outskirts of Chennai, a US court said in February.

The construction firm hired a third-party consultant to pay about $2 million as the bribe, the US District Court for the District of New Jersey said in an order. The court indicted two senior US executives of the software company for authorising the payment in **India**. L&T was the construction agency for the campus.





L&T has said its audit committee will look into the bribery allegations with help from an external expert. The $18-billion engineering company had said in earlier regulatory disclosures that the audit committee had been briefed on an investigation by leading law firms in the US and India, with the help of forensic experts from Hong Kong in 2017. This investigation did not reveal any evidence of involvement of the company or its executives.

"Our name is not mentioned anywhere. Cognizant has gone and paid a fine and blamed somebody and we are expected to take the blame," Subrahmanyan asked. "Here is a multinational company doing wrong things in India and blaming an Indian company and we are made to look like Ravana (the king of Lanka in Ramayana)."



Cognizant declined to comment on the matter.

Experts said shareholders are not concerned about smalltime corruption and only raise their voices when it hurts the company.

"Shareholders care if it is on a very large scale and if it is debilitating to the company. It may not be the right thing to do, but if it is a minuscule part of the company's business and it doesn't hurt the company or others, then shareholders may have to live with it," said Shriram Subramaniam, founder of InGovern Research Services.

"The problem with MNCs is that some of them come and play with Indians and they get away scotfree. Time and again it has happened," Subrahmanyan said.

READ MORE NEWS ON

Cognizant Bribery Case    Larsen & Tourbo    Cognizant    L&T    India    Construction Company

## FROM AROUND THE WEB



**Tinnitus? When the Ringing Won't Stop, Do This (It's...**
Ad  healthtoday



**Cameron Diaz Has a Twin and They Are Stunning**
Ad  Hollywood | MindYourDollars



**Drink This Before Bed, Watch Your Body Fat Melt Like Crazy**
Ad  Healthier Living Club

**At 55, Marisa Tomei is Still Single and Now It Becomes...**
Ad  stylemgzn.com



**26 Photos Taken Before Tragedy. What Happened...**
Ad  Surelyawesome



**Obama's IQ vs Trump's IQ - Their Scores Make No Sense**
Ad  Popcornews

**Perfectly Timed Photos Taken Minutes Before Total...**
Ad  Healthcrash



**How Did the Kardashians Get Rich and How Much Money...**
Ad  popcornews.com



**Surgeon: Simple Method Ends Neuropathy (Watch)**
Ad  HealthScore



Tweets About ETtech

## Also Read

 Court orders notice on PIL for CBI probe into Cognizant bribery case

 Cognizant bribery case: Executives can be tried in India

L&T says audit panel to seek external expert's help on Cognizant bribery case

## 5 COMMENTS ON THIS STORY

**Rathna Prakash K** — 589 days ago
Any way Cognizant found the right company to execute the dispersal. India''s number 1 corrupted organization L&T.

**Travel Album** — 644 days ago
Why the current government or even the oppositions keep silence on the matter? All are thieves and accepted bribe from L&T?

**Regulating Ethics** — 644 days ago
How did the Ministry of corporate affairs allow CTS to get away? It is a matter of shame for the central government to have done nothing, may be CTS has donated heavily to meet the upcoming election expenses and to get away.

VIEW COMMENTS     ADD COMMENTS

Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 8 9

### Trending Now
- Amazon
- IT Services

### Popular Categories
- ITES
- Funding
- Tech Bytes
- Tech and Gadgets
- Tech & Internet
- Startups
- The Catalysts

### Hot On Web
- Tata Sons
- New Covid strain in India
- What is F-1 visa
- Budget 2021
- What are balanced mutual funds
- Mutual funds
- YES Bank share price
- Sensex Live
- Infosys share price
- Farmers protests latest updates
- Covid Live updates
- Sensex today
- What are multi asset funds
- Global markets
- Breaking news
- SGX Nifty
- IRCTC share price

### In Case You Missed It
- Ant group
- What are open ended funds
- Startups
- Budget 2021
- Wipro
- Software News
- Tech Mahindra
- What are money market funds
- Atmanirbharta
- JIO
- Internet News

### ET Verticals

| | | More From Our Network | | |
|---|---|---|---|---|
| Auto News | Retail News | इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Health News | Telecom News | Ahmedabad Mirror | ItsMyAscent | Education Times |
| Energy News | IT News | Brand Capital | Mumbai Mirror | Times Now |
| Real Estate News | Marketing & Advertising News | Indiatimes | महाराष्ट्र टाइम्स | ವಿಜಯ ಕರ್ನಾಟಕ |
| Technology News | CFO News | Go Green | AdAge India | Eisamay |
| IT Security News | | IGN India | IamGujarat | Times of India |
| | | Samayam Tamil | Samayam Telugu | Miss Kyra |
| | | Bombay Times | Filmipop | MX Player |
| | | Newspaper Subscription | Times Prime | Colombia |
| | | NBT Gold Podcast | Ei Samay Gold Podcast | MX ShareKaro App |
| | | MX TakaTak App | | |

### Other Useful Links

| | | Services | |
|---|---|---|---|
| About Us | Subscribe to ET Prime | Longwalks App | |
| Book your Newspaper Subscription | Create Your Own Ad | | |
| Advertise with Us | Terms of Use & Grievance Redressal | | |
| Privacy policy | Contact Us | | |
| RSS | DNPA Code of Ethics | | |

Follow Us On:   Download ET App:   SUBSCRIBE TO OUR NEWSLETTER

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service