# EXHIBIT 39



|  | Larsen & Toubro Limited<br>Secretarial Department<br>L&T House, Ballard Estate<br>Narottam Morarjee Marg<br>Mumbai - 400 001, INDIA<br>Tel: +91 22 6752 5656<br>Fax: +91 22 6752 5858<br>www.Larsentoubro.com |

SEC/SS                                                              February 18, 2019

| The Secretary<br>BSE Limited<br>Phiroze Jeejeebhoy Tower<br>Dalal Street<br>Mumbai – 400 001 | National Stock Exchange of India Limited<br>Exchange Plaza, 5th floor<br>G Block<br>Bandra Kurla Complex<br>Bandra (East)<br>Mumbai – 400 051 |

Stock Code : 500510/ LT

Dear Sirs,

**Sub:  News Clarification/ Verification -February 18, 2019
"Cognizant used L&T to bribe govt officials in India"**

We have for reference your email dated February 18, 2019.

We wish to clarify that Cognizant Technology Solutions ("CTS"), a longtime customer of Larsen & Toubro, had reached a settlement with the U.S. Department of Justice ("DOJ") and the U.S. Securities and Exchange Commission ("SEC") in which it has acknowledged violations of the U.S. Foreign Corrupt Practices Act ("FCPA") in connection with certain construction projects in India.  This settlement appears to arise from an internal investigation by CTS that it first announced on September 30, 2016.

While we cannot comment on Cognizant's decision to enter into these settlements, we are not aware of any evidence that supports our involvement in making the alleged improper payments. We confirm that neither we nor any of our employees are a party to the proceedings brought in the United States. We have no further comments to make on this issue.

Thanking you,

Yours faithfully,
For **LARSEN & TOUBRO LIMITED**

**( N. HARIHARAN )
COMPANY SECRETARY
ACS-3471**

CIN : L99999MH1946PLC004768