# EXHIBIT 40



Larsen & Toubro Limited
Secretarial Department
L&T House, Ballard Estate
Narottam Morarjee Marg
Mumbai - 400 001, INDIA
Tel: +91 22 6752 5656
Fax: +91 22 6752 5893
www.Larsentoubro.com

SEC/PAM/2019											February 28, 2019

| The Secretary | National Stock Exchange Of India Limited |
|---|---|
| BSE Limited | Exchange Plaza, 5th Floor |
| Phiroze Jejeebhoy Towers, | Plot No.C/1, G Block |
| Dalal Street, | Bandra-Kurla Complex |
| MUMBAI - 400 001s | Bandra (E), Mumbai - 400 051 |
| **STOCK CODE: 500510** | **STOCK CODE: LT** |

Dear Sirs,

Sub: **Company's clarification to the Stock Exchanges dated 18th February 2019 – Further Update**

This refers to the articles in the media making allegations against the Company based on the settlement by Cognizant Technology Solutions ("CTS") with the U.S. Securities and Exchange Commission (SEC) acknowledging violations of the U.S. Foreign Corrupt Practices Act ("FCPA") in connection with certain construction projects in India. The Company had clarified that it was not aware of any evidence that supported the Company's involvement in making the alleged improper payments.

During the Audit Committee meeting held on 27th February 2019, the management presented all details of the Company's construction contracts with CTS, including particulars of development relating to the recent settlement between CTS and SEC and the ongoing proceedings before Department of Justice, USA (DOJ)

In this connection, the Company also briefed the Audit Committee of the management-initiated investigation conducted by leading law firms in USA and India with the help of forensic experts from Hong Kong in 2017.

While noting that there was no evidence of the involvement of the Company or any of its executives as alleged based on information provided, the Audit Committee decided to seek assistance of an external expert to review the details of investigations conducted on behalf of the Company in 2017, based on which it will decide the future course of action.

Thanking you,



Yours faithfully,
for **LARSEN & TOUBRO LIMITED**

**N. HARIHARAN**
**EXECUTIVE VICE PRESIDENT &**
**COMPANY SECRETARY**
**(ACS 3471)**



CIN : L99999MH1946PLC004768