# EXHIBIT 42



Larsen & Toubro Limited
Secretarial Department
L&T House, Ballard Estate
Narottam Morarjee Marg
Mumbai - 400 001, INDIA
Tel: +91 22 6752 5656
Fax: +91 22 6752 5858
www.Larsentoubro.com

SEC/SS

October 24, 2019

| The Secretary | National Stock Exchange of India Limited |
| BSE Limited | Exchange Plaza, 5th floor |
| Phiroze Jeejeebhoy Tower | G Block |
| Dalal Street | Bandra Kurla Complex |
| Mumbai – 400 001 | Bandra (East) |
| | Mumbai – 400 051 |

Stock Code : 500510/ LT

Dear Sirs,

**Sub: Company's clarification to the Stock Exchanges dated 18th February, 2019 and 28th February, 2019 – Further Update**

We have for reference our clarifications to stock exchanges dated February 18, 2019 and February 28, 2019.

As directed by the Audit Committee, external experts were appointed to review the details of an earlier investigation conducted on behalf of the Company. The report of the external experts was received and discussed in the Audit Committee meetings held on August 21, 2019 and October 22, 2019. The Audit Committee has concluded that there was no sufficient evidence to support the allegations of the Company's involvement in making alleged improper payments at the direction of Cognizant Technology Solutions. The Board of Directors took note of the same in its meeting held on October 23, 2019.

Thanking you,

Yours faithfully,
For **LARSEN & TOUBRO LIMITED**

**( N. HARIHARAN )**
**EXECUTIVE VICE PRESIDENT &**
**COMPANY SECRETARY**
ACS-3741

CIN : L99999MH1946PLC004768