# EXHIBIT 45

Tandberg record details of 4/21/14 call

| Participant Dial in details | Participant's Name | Start time (IST) | End time (IST) |
|---|---|---|---|
| COG-IND-CHN-Sridhar'sHome-EX90 P2P Meeting | T, Sridhar | 21/04/14 16:00 | 21/04/14 17:01 |
| COG-IND-CHN-TBM-B1-1F-Rajeev Menon's Office-EX90 P2P Meeting | Rajeev Menon | 21/04/14 16:00 | 21/04/14 17:01 |
| COG-IND-CHN-TCO-B2-GF-Srimanikandan's Office-1700 P2P Meeting | Ramamoorthy Srimanikandan | 21/04/14 16:00 | 21/04/14 17:01 |
| COG-US-Gordon'sHome-1700 P2P Meeting | Gordon | 21/04/14 16:42 | 21/04/14 17:01 |
| COG-US-StevenSchwartz'sHome-1700 P2P Meeting | Steven Schwartz | 21/04/14 16:58 | 21/04/14 17:01 |