# EXHIBIT 46

Tandberg record details of 4/22/14 call

| Participant Dial in details | Participant's Name | Start time (IST) | End time (IST) |
|---|---|---|---|
| COG-US-StevenSchwartz'sHome-1700 P2P Meeting | Steven Schwartz | 22/04/14 16:29 | 22/04/14 16:59 |
| COG-IND-CHN-TCO-B2-GF-Srimanikandan's Office-1700 P2P Meeting | Ramamoorthy Srimanikandan | 22/04/14 16:30 | 22/04/14 16:59 |
| COG-IND-CHN-Sridhar'sHome-EX90 P2P Meeting | T, Sridhar | 22/04/14 16:27 | 22/04/14 16:59 |
| COG-IND-CHN-TBM-B1-1F-Rajeev Menon's Office-EX90 P2P Meeting | Rajeev Menon | 22/04/14 16:27 | 22/04/14 16:59 |
| COG-US-Gordon'sHome-1700 P2P Meeting | Gordon | 22/04/14 16:31 | 22/04/14 16:59 |