# EXHIBIT 48

Exhibit
MArch 9, 2015
CTS Compensation Committee

**Cognizant Technology Solutions Corporation**
Bonus Payment Plan
2014

| (Company $ amounts in thousands) | Below Target | | | Above Target | Actual | | | Revenue | Op Income |
|---|---|---|---|---|---|---|---|---|---|
| | Floor | Minimum | Target | Maximum | Reported | w/o Acquisitions | | | |
| | | | | | | | ITAAS | $10,127 | $1,152 |
| **Revenue** | $9,785,000 | $9,785,000 | $10,300,000 | $10,815,000 | $10,262,681 | $10,165,441 | Odecee | $1,858 | ($407) |
| - percent of target | < 95.0% | 95.0% | 100% | 105% | 99.6% | 98.7% | Cadient | $4,669 | $635 |
| - incentive payout as a % of target | 0% | 50% | 100% | 200% | 93% | **87%** | Trizetto | $80,586 | $19,014 |
| - Year-over-Year Growth | | 10.7% | 16.5% | 22.3% | | | | $97,240 | $20,393 |
| | | | | | | | | | |
| **Operating Income** | $1,933,044 | $1,933,044 | $2,034,783 | $2,136,522 | $2,068,097 | $2,047,704 | Reported | $1,884,878 | |
| - percent of target | < 95% | 95% | 100% | 105% | 101.6% | 100.6% | 123R | $134,825 | |
| - incentive payout as a % of target | 0% | 50% | 100% | 200% | 200% | **113%** | Acquisition | $48,394 | |
| | | | | | | | Op Inc. | $2,068,097 | |
| **DSO (days)** | 81 | 81 | 70 | 60 | 75.0 | 75.0 | | | |
| - percent of target | 115% | 115% | 100% | 85% | 107% | 107.1% | | | |
| - incentive payout as a % of target | 0% | 50% | 100% | 200% | 76% | **76%** | | | |
| | | | | | | | | | |
| **Francisco D'Souza** | | | | | | | | | |
| - Revenue | $0 | $133,025 | $266,050 | $532,100 | | $231,293 | | | |
| - Operating Income | $0 | $106,420 | $212,840 | $425,680 | | $239,870 | | | |
| - DSO | $0 | $26,605 | $53,210 | $106,420 | | $40,541 | | | |
| | $0 | $266,050 | $532,100 | $1,064,200 | | $511,705 | | | |
| | | | | | | **96.2%** | | | |
| **Gordon Coburn** | | | | | | | | | |
| - Revenue | $0 | $126,544 | $253,088 | $506,175 | | $220,024 | | | |
| - Operating Income | $0 | $101,235 | $202,470 | $404,940 | | $228,184 | | | |
| - DSO | $0 | $25,309 | $50,618 | $101,235 | | $38,566 | | | |
| | $0 | $253,088 | $506,175 | $1,012,350 | | $486,773 | | | |
| | | | | | | **96.2%** | | | |
| **Chandra Sekaran** | | | | | | | | | |
| - Revenue | $0 | $42,713 | $85,425 | $170,850 | | $74,265 | | | |
| - Operating Income | $0 | $34,170 | $68,340 | $136,680 | | $77,019 | | | |
| - DSO | $0 | $8,543 | $17,085 | $34,170 | | $13,017 | | | |
| | $0 | $85,425 | $170,850 | $341,700 | | $164,301 | | | |
| | | | | | | **96.2%** | | | |
| **Rajeev Mehta** | | | | | | | | | |
| - Revenue | $0 | $107,950 | $215,900 | $431,800 | | $187,695 | | | |
| - Operating Income | $0 | $86,360 | $172,720 | $345,440 | | $194,655 | | | |
| - DSO | $0 | $21,590 | $43,180 | $86,360 | | $32,899 | | | |
| | $0 | $215,900 | $431,800 | $863,600 | | $415,249 | | | |
| | | | | | | **96.2%** | | | |
| **Steven Schwartz** | | | | | | | | | |
| - Revenue | $0 | $87,975 | $175,950 | $351,900 | | $152,964 | | | |
| - Operating Income | $0 | $70,380 | $140,760 | $281,520 | | $158,636 | | | |
| - DSO | $0 | $17,595 | $35,190 | $70,380 | | $26,811 | | | |
| | $0 | $175,950 | $351,900 | $703,800 | | $338,412 | | | |
| | | | | | | **96.2%** | | | |
| **Karen McLoughlin** | | | | | | | | | |
| - Revenue | $0 | $79,050 | $158,100 | $316,200 | | $137,446 | | | |
| - Operating Income | $0 | $63,240 | $126,480 | $252,960 | | $142,543 | | | |
| - DSO | $0 | $15,810 | $31,620 | $63,240 | | $24,091 | | | |
| | $0 | $158,100 | $316,200 | $632,400 | | $304,080 | | | |
| | | | | | | **96.2%** | | | |
| **Malcolm Frank** | | | | | | | | | |
| - Revenue | $0 | $81,175 | $162,350 | $324,700 | | $141,141 | | | |
| - Operating Income | $0 | $64,940 | $129,880 | $259,760 | | $146,375 | | | |
| - DSO | $0 | $16,235 | $32,470 | $64,940 | | $24,739 | | | |
| | $0 | $162,350 | $324,700 | $649,400 | | $312,254 | | | |
| | | | | | | **96.2%** | | | |
| **Sridhar Thiruvengadam** | | | | | | | | | |
| - Revenue | $0 | $25,394 | $50,788 | $101,575 | | $44,153 | | | |
| - Operating Income | $0 | $20,315 | $40,630 | $81,260 | | $45,790 | | | |
| - DSO | $0 | $5,079 | $10,158 | $20,315 | | $7,739 | | | |
| | $0 | $50,788 | $101,575 | $203,150 | | $97,682 | | | |
| | | | | | | **96.2%** | | | |

Notes:

1. Operating Income shall be calculated as operating income before charges for stock-based compensation and any taxes or fringe benefits incurred by the Corporation (or any Parent or Subsidiary) in settlement of stock-based awards,. In addition, operating income shall be calculated as operating income before acquisition-related charges, including amortization of purchased intangibles.

2. Metrics shall be subject to subsequent adjustment for the following items: (A) asset impairments or write-downs; (B) litigation judgments or verdicts and expenses and settlement costs and expenses; (C) the effect of changes in tax laws or regulations, or other applicable laws, regulations or provisions affecting reported results; (D) accruals for reorganization and restructuring programs; (E) any extraordinary nonrecurring items as described in Accounting Principles Board Opinion No. 30 and/or in management's discussion and analysis of financial condition and results of operations appearing in the Corporation's annual report to shareholders for the applicable year; (F) the operations of any business acquired by the Corporation or any Parent or Subsidiary or of any joint venture in which the Corporation or any Parent or Subsidiary participates; (G) the divestiture of one or more business operations or the assets thereof; or (H) the costs incurred in connection with such acquisitions or divestitures. Notwithstanding any accounting treatment to the contrary, a transaction that in substance is primarily a service or development agreement, or other similar arrangement, with a customer or partner, shall not be deemed to be an acquisition for these purposes.

3. Reported DSO excludes Trizetto Group.