

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*  973-645-2700
*Newark, New Jersey 07102*

February 21, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:   United States v. Gordon Coburn and Steven Schwartz
             Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The Government respectfully submits this letter to provide a further update concerning the Government's review of this case pursuant to the President's February 10, 2025 Executive Order ("Executive Order").

     Following its review of this case pursuant to the Executive Order, the Government can report that the Government intends to proceed to trial on March 3, 2025. The Government therefore respectfully requests that the Court enter the attached proposed order confirming that trial will proceed on March 3, 2025.

                                                       Respectfully submitted,

GLENN S. LEON                                     VIKAS KHANNA
Chief                                                 Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                              */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*
_____        _____
KEITH D. EDELMAN
CONNOR MULLIN                               RACHELLE M. NAVARRO
PAUL G. REAM                                   Assistant United States Attorney
Fraud Section, Criminal Division       District of New Jersey
U.S. Department of Justice