

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

February 27, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

   Re: <u>United States v. Gordon Coburn and Steven Schwartz</u>
     Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

  The Government respectfully submits this letter to notify the public that earlier today, the Government submitted a letter under seal in response to the Court's February 14, 2025 order (ECF No. 821) directing the Government to explain why, and to what extent, its prior sealed and *ex parte* letters should remain sealed. The Government has copied Defendants' counsel on the sealed submission pursuant to the Sealed Protective Order (ECF No. 800), as amended (ECF No. 900).

       Respectfully submitted,

GLENN S. LEON      VIKAS KHANNA
Chief          Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*
*/s/ Paul G. Ream*     */s/ Rachelle M. Navarro*

_____  _____
KEITH D. EDELMAN    RACHELLE M. NAVARRO
CONNOR MULLIN     Assistant United States Attorney
PAUL G. REAM      District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice