

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*      973-645-2700
*Newark, New Jersey 07102*

March 4, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

           Re:    United States v. Gordon Coburn and Steven Schwartz
                    Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

       The Government respectfully submits this letter pursuant to the Court's March 4, 2025 order relating to the application of the Speedy Trial Act. *See* ECF No. 961. First, as of today, there are 60 days remaining on the clock under the Speedy Trial Act. *See* ECF Nos. 766 (Government's description of 10 days having run through September 9, 2024), 769 (Aug. 2, 2024 order adjourning trial and excluding time under an ends-of-justice basis until March 3, 2025), 952 (Mar. 4, 2025 order denying Defendant Schwartz's motion in limine number 2, which, as the parties agreed, had been pending through March 4, *see* 18 U.S.C. § 3161(h)(1)(D), (H)). Second, the Government believes that the Speedy Trial clock is currently tolled because of the pending motion before Magistrate Judge Michael A. Hammer filed on March 2, 2025. *See* ECF No. 926 at 2.

       With respect to the Court's third request, the United States will provide an update to the Court by tomorrow.

                                                     Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | JOHN GIORDANO |
| Chief | United States Attorney |
| | |
| */s/ Keith D. Edelman* | |
| */s/ Connor Mullin* | */s/ Rachelle M. Navarro* |
| */s/ Paul G. Ream* | |
| _____ | _____ |
| KEITH D. EDELMAN | RACHELLE M. NAVARRO |
| CONNOR MULLIN | Assistant United States Attorney |
| PAUL G. REAM | District of New Jersey |
| Fraud Section, Criminal Division | |
| U.S. Department of Justice | |