

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*    973-645-2700
*Newark, New Jersey 07102*

March 5, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:    <u>United States v. Gordon Coburn and Steven Schwartz</u>
              Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government respectfully submits this letter pursuant to the Court's March 5, 2025 order directing the parties to list outstanding motions that may have stopped the clock under the Speedy Trial Act. (ECF No. 965). The Government continues to believe that the only motion currently pending that has stopped the clock under the Speedy Trial Act is the one before Magistrate Judge Hammer in which the Government and Debevoise & Plimpton have sought a ruling on privilege issues relating to some of the Government's anticipated cross-examination.[1]

                                     Respectfully submitted,

GLENN S. LEON                                       JOHN GIORDANO
Chief                                                              United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                                  */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____     _____
KEITH D. EDELMAN                                RACHELLE M. NAVARRO
CONNOR MULLIN                                   Assistant United States Attorney
PAUL G. REAM                                         District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice

---

[1] Although it is not currently pending, the Government does anticipate tomorrow filing a motion to admit certain evidence relating to the bribe scheme involving Cognizant's campus in Pune, India, pursuant to the deadline previously set by the Court. *See* ECF No. 928. The Government's position is that, once filed, that motion will be pending as well and will toll the Speedy Trial clock.