

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*     973-645-2700
*Newark, New Jersey 07102*

March 5, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

        Re:     <u>United States v. Gordon Coburn and Steven Schwartz</u>
                 Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The Government respectfully submits this letter to notify the public that earlier today, counsel for Srimanikandan Ramamoorthy submitted a letter under seal to the Court in this matter.

                                                  Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | JOHN GIORDANO |
| Chief | United States Attorney |
| | |
| */s/ Keith D. Edelman* | |
| */s/ Connor Mullin* | */s/ Rachelle M. Navarro* |
| */s/ Paul G. Ream* | |
| _____ | _____ |
| KEITH D. EDELMAN | RACHELLE M. NAVARRO |
| CONNOR MULLIN | Assistant United States Attorney |
| PAUL G. REAM | District of New Jersey |
| Fraud Section, Criminal Division | |
| U.S. Department of Justice | |