# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN SCHWARTZ,<br>　　　　　　　　　　Defendants. | Crim. No. 19-120 (MEF)<br><br>NOTICE OF MOTION TO<br>WITHDRAW AS COUNSEL FOR<br>DEFENDANT STEVEN SCHWARTZ |

**PLEASE TAKE NOTICE** that Paul, Weiss, Rifkind, Wharton & Garrison ("Paul, Weiss"), counsel for Defendant Steven Schwartz, hereby moves before the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, at such time as the Court determines, for an Order granting its motion to withdraw as counsel for Defendant Steven Schwartz, as set forth in the memorandum filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Paul, Weiss respectfully relies upon the accompanying Memorandum in Support of Motion to Withdraw as Counsel for Defendant Steven Schwartz.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order and a certificate attesting to the date and manner of service accompany this motion.

Dated: March 19, 2025

Respectfully submitted,

*/s/ Roberto Finzi*
Roberto Finzi
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10119-6064
(212) 373-3000
rfinzi@paulweiss.com

*Counsel for Defendant Steven Schwartz*