

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

March 31, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re:  *United States v. Coburn & Schwartz*, **Dkt. No. 19-cr-120**

Dear Judge Farbiarz:

    On behalf of defendant Steven Schwartz, and in response to the Court's Text Order of a few moments ago, ECF No. 1030, please be advised that we have not yet received a decision from the Government as to whether it will be proceeding with this matter.

                    Respectfully submitted,

                    s/ Lawrence S. Lustberg
                    Lawrence S. Lustberg