

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

April 1, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

        Re:    United States v. Gordon Coburn and Steven Schwartz
                 Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

    The Government writes in response to the Court's order at ECF No. 1030 that the Government state its position as to the Defendants' joint request for an additional two-week adjournment of trial. The Government respectfully requests a one-day extension to respond. The Government anticipates that, in tomorrow's response, it will be able to provide the Court with an update as to its position on this matter under the Executive Order.

                                                      Respectfully submitted,

LORINDA I. LARYEA                           ALINA HABBA
Acting Chief                                             United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                                     */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

KEITH D. EDELMAN                          RACHELLE M. NAVARRO
CONNOR MULLIN                             Assistant United States Attorney
PAUL G. REAM                                    District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice